FARRAH MIRABEL (162933)
LAW OFFICES OF FARRAH MIRABEL
4590 MacArthur Blvd., Suite 280
Newport Beach, CA 92660
Tel. (949) 752-0707
Fax (949) 752-0779
fmesq@fmirabel.com

J. KIRK DONNELLY (179401)
LAW OFFICES OF J. KIRK DONNELLY, APC
7668 El Camino Real, Suite 104-760
Carlsbad, CA 92009
Tel. (760) 634-5700
Fax (760) 634-5701
kdonnelly@jkd-law.com

Counsel for Plaintiff Allen Moshiri

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN MOSHIRI, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.  HSNi, LLC, a Delaware Limited Liability Company, dba Home Shopping Network, and DOES 1 through 20, inclusive,<br><br>        Defendants. | CASE NO. 3:14-cv-01034-VC<br><br>**FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>JURY TRIAL DEMANDED |

Plaintiff Allen Moshiri ("Plaintiff"), on behalf of himself and all others similarly situated, alleges for his Complaint against HSNi, LLC dba Home Shopping Network (hereafter "HSN" or "Defendant"), and DOES 1-20, inclusive, as follows:

## NATURE OF THE ACTION

1.      This class action involves Defendant's unfair, unlawful, and fraudulent course of conduct in promoting, advertising, offering for sale, and selling products through material misrepresentations and omissions as to the place of origin and quality of said products.   More specifically, Defendant has promoted, advertised and sold various kitchen knives and knife sets under the "EMERIL™" brand name that Defendant represented were manufactured in Germany.    Contrary to Defendants' representations, these knives and knife sets were manufactured in China.  The knives and knife sets in question (hereafter the "Counterfeit Knives") bear on one side of the blade the "EMERIL™" mark and the words "SOLINGEN GERMANY" but on the other side of blade is stamped the word "CHINA." Moreover, the Counterfeit Knives are not of the high quality associated with knives from Solingen, Germany, nor of the quality represented by Defendant.   Many consumers have posted complaints and/or product reviews stating that, inter alia, the knife blades rust easily, lose their edge, and that the blades chip and break easily.   Defendant's representations as to place of origin and high quality of the Counterfeit Knives were made through multiple marketing and advertising channels including television, Internet, phone sales, and, possibly at brick and mortar stores. Upon information and belief, during the relevant time period, Defendant promoted, advertised, offered for sale, and sold at least twelve different types of Counterfeit Knives through material misrepresentations and material omissions common to the entire class.

2.      Defendant's unfair, unlawful, and fraudulent practices have significantly and substantially harmed Plaintiff and the Class, who have paid

2

1    millions for poor quality products with a false designation of geographical origin

2    that they likely would not have purchased but for Defendant's unlawful conduct.

3    **JURISDICTION AND VENUE**

4         3.    This Court has jurisdiction over all causes of action asserted in this

5    complaint pursuant to 28 U.S.C. Section 1332(a). Plaintiff alleges there is minimal

6    diversity of citizenship among the parties, as Plaintiff is informed and believes and

7    thereon alleges that Defendant is organized in the State of Delaware, and maintains

8    its principal place of business in St. Petersburg, Florida. Plaintiff is a resident and

9    citizen of California. There are more than 100 class members and the amount in

10   controversy exceeds $5,000,000, exclusive of interest and costs. The Court has

11   personal jurisdiction over Defendant, which has at least minimum contacts with the

12   State of California because it has conducted business there and has availed itself of

13   California's markets through its distribution, promotion, advertising and sales of the

14   Counterfeit Knives.

15         4.    Venue is proper in this District pursuant to 28 U.S.C. Section 1391(a)

16   because a substantial part of the wrongful acts, events and transactions which form

17   the basis of this complaint took place within this district.

18   **THE PARTIES**

19         5.    Plaintiff is an individual residing in and is a citizen of the State of

20   California.

21         6.    Plaintiff is informed and believes and based thereon alleges that

22   Defendant HSN is a Delaware Limited Liability Company with its principal place

23   of business in St. Petersburg, Florida. Defendant HSN conducts business in this

24   judicial district, including promoting, advertising, offering for sale and selling the

25   Counterfeit Knives.

26         7.    The true names and capacities of the defendants sued herein as DOES

27   one through twenty, inclusive, currently are unknown to Plaintiff, who therefore

28   sues such defendants by fictitious names. Each of the defendants designated herein

3

1   as a DOE is legally responsible for the unlawful acts alleged herein.  Plaintiff will

2   seek leave of court to amend this complaint to reflect the true names and capacities

3   of the DOE defendants when such identities become known.

4        8.     At all relevant times, each and every defendant was acting as the agent

5   and/or employee of each and every other Defendant, and was acting within the

6   course and/or scope of such agency and/or employment with the full knowledge

7   and consent of each of the defendants.   Each of the acts and/or omissions

8   complained of herein were alleged and made known to, and ratified by, each of the

9   other defendants.

10                          **FACTUAL ALLEGATIONS**

11       9.     Defendant HSN is a marketing company that promotes and sells

12  products nationally, through television "infomercials" and advertising and sales on

13  the internet and by telephone.  HSN claims to offer an innovative, differentiated

14  retail experience on TV, online, via mobile, and in brick-and-mortar stores in

15  Florida.   Upon information and belief, HSN sells assorted products and name

16  brands, and broadcasts live 24 hours a day, seven days a week, 364 days a year,

17  reaching approximately ninety-six million (96,000,000) homes.   At all relevant

18  times, HSN regularly promoted, advertised, offered for sale, and sold EMERIL™

19  brand products, including the Counterfeit Knives, on the HSN website, through

20  "infomercial" TV shows and other television program aired on the Home Shopping

21  Network, by telephone, and possibly in other retail outlets.

22       10.    On or about July 8, 2012, Plaintiff was watching television and saw a

23  segment on HSN with celebrity chef Emeril Lagasse and an HSN host promoting a

24  Santoku knife as having been manufactured in Solingen, Germany. Both Emeril

25  and the host represented several times that the knife was of "high quality" either

26  "from Germany" or "made in Germany." That same day, Plaintiff called HSN at the

27  phone number indicated on the television screen and inquired about the knife.

28  Plaintiff was informed by the HSN representative on the phone that the knife was in

                                        4

1  fact made in Germany. Based on that conversation with the HSN representative,

2  and the material presented on the TV Plaintiff purchased from Defendant a five

3  inch "santoku" kitchen knife that Defendant represented was manufactured, made

4  and/or originated in Solingen, Germany, but later on Plaintiff learned that it was

5  actually was manufactured in China. That day, on TV, plaintiff watched the

6  segment for about 10 to 15 minutes. EMERIL and HOST discussed the high quality

7  of this Santoku knife and made demonstrations about how to use the knife and they

8  kept representing that it was a "high quality knife from Germany". On the screen,

9  on the left bottom there was an item number, item price and a phone number to

10  contact. The item number was 152/241 for the knife and its sharpener. Plaintiff

11  went to the website of hsn.com and entered the item number and then placed the

12  order. Nowhere on that order page was there any mention that the knife was from

13  China. On the website page to order the knife, there was no information or

14  comments which would inform Plaintiff that the knife was not made in Germany.

15  Furthermore, plaintiff had no reason to believe that the material presented by

16  Emeril and HSN host on the HSN network could possibly be false. Moreover, on

17  the webpage for the knife there was a posted video which plaintiff clicked on and

18  watched. That posted video was identical to the TV segment, which plaintiff could

19  and did watch it again on hsn.com. The video associated with the product

20  confirmed again that HSN was indeed representing that the knife was from

21  Germany. The reason plaintiff purchased the knife and placed the order was

22  because he watched the TV segment and the posted video on hsn.com and relied on

23  HSN and Emeril representations that the knife was from Germany. Plaintiff trusted

24  Emeril as a reputable celebrity to be honest about his representation. Plaintiff

25  trusted and relied on Emeril's representations. Plaintiff trusted HSN to be a

26  reputable shopping network. He trusted the representation of the host to be truthful.

27  He had no reason to investigate to verify the representations made on TV and on

28  HSN website prior to placing the order.

5

11.     Naturally, because Plaintiff heard from Emeril, the HSN host and now also from the HSN rep on the phone that the knife was from Germany, he believed that if the words "Solingen, Germany" appeared on the knife, it was proof that the knife was from Germany.  When Plaintiff received the knife in the mail, he noticed that on one side of the knife it stated "Emeril™" and "Solingen Germany" but on the other side, it stated "China."  Plaintiff did not think that the word "China" used alone meant that the knife was "made in China."  Moreover, Plaintiff saw the word "TM", meaning trademark, next to "Emeril" and "Solingen, Germany," which indicated to him further proof that the knife was from Germany and made in Germany.

12.     Plaintiff started using the knife believing it was a knife from Germany and made in Germany.  However, as Plaintiff began to use the knife, he realized it was not of the represented high quality. Soon after he received it, the blade began to rust and the edge began to dull and the knife needed frequent sharpening

13.     In or around September 2012, Plaintiff came across a news article on the internet about a lawsuit filed by a German trade association against HSN and others alleging that Emeril™ brand knives sold by HSN violated a trade mark owned by the German trade association, and that such knives were made in China even though HSN and others represented they were made in Germany.  The article (http://eater.com/archives/2012/09/13/emeril-lagasse-martha-stewart-sued-over-knife-line.php) stated:

> **Emeril Lagasse** and Martha Stewart Living Omnimedia are being sued by a trade association for claiming their Lagasse-branded knives were made in Solingen, Germany, home to famous knife makers Wüsthof, J. A. Henckels, and others. (Martha Stewart Living Omnimedia owns Lagasse's product line.) Actually, it turns out the Emeril 8-piece German Steel Knife Set with Block **is made in China**. Oops.

> *You can see a video of Lagasse on HSN where he and the host both say a whole bunch of times the knives are made in Germany.* The Chamber of Industry and Commerce in Wuppertal-Solingen-Remscheid is **seeking $2 million in**

6

1

2

**damages**. Also, please note TMZ's righteous headline: Martha Stewart, Emeril Lagasse SUED For Knifing Consumers. (Italics added; emphasis in original.)

3

4

5

6

7

8

9

10

11

12

14.    It was then that Plaintiff realized he had been deceived, and that the knife he purchased from HSN was in fact not made in Germany as represented by Defendant.  Defendant's misrepresentations that the Counterfeit Knives were made in Germany, were designed to and did mislead consumers into believing that the Counterfeit Knives were high quality German-made cutlery manufactured with high-grade materials by qualified workers known for excellence in craftsmanship. Many other consumers have submitted reviews and comments regarding the Counterfeit Knives on Defendant's website wherein they confirm state that Defendant advertised the Counterfeit Knives as being German-made, and wherein

13

14

15

16

17

they state they were misled by Defendant's representations regarding the place of manufacture of the Counterfeit Knives, and that the belief that the Counterfeit Knives were made in Germany, not China, was a key factor in their decision to make the purchase, or they would not have purchased the Counterfeit Knives had they known the truth.

18

19

15.    For example, on or about May 21, 2012, a consumer who purchased a Counterfeit Knife from Defendant wrote a comment on Defendant's website stating she was misled by an HSN video as follows:

20

21

22

23

> **I'm disappointed in the video when Emeril stated that the Santoku knife was made in Germany.** This is the main reason I made the purchase. Come to find out it is made in China. That is terrible when a top chef lies to you on tv. Wish I would have known.  Emeril cannot be trusted with what he advertises. (Emphasis added.)

24

25

26

Similarly, on or about March 8, 2011, another HSN customer who purchased a Counterfeit Knife posted the following comment on Defendant's website:

27

28

> I received the advertised product and was not happy to find it made in China?  It appears everything that HSN sells is made in China – **why are you advetising [sic] this a German made product**? (Emphasis added.)

On or about December 27, 2012, yet another HSN customer wrote this comment about their purchase of a Counterfeit Knife:

> I was shocked when we recieved [sic] the knives and on them was stamped made in china. **I think it is misleading the way they advertised it**. They are just a average set of knives but will keep them because we like the way there [sic] stored. (Emphasis added.)

Lastly, one more HSN customer posted this comment about their purchase of a Counterfeit Knife on or about May 26, 2011 :

> The handles were plastic which I could not tell from the show in which I purchased the Emeril Cutlery with the block. The metel [sic] may be German made but assembled in China. **The show keyed on the word "German made" constantly and I thought "wow" what a deal now I see why** . . . plastic handles and assembled in China. I sent the cutlery to my daughter for a starter set. Sorry Emeril. (Emphasis added.)

Copies of these customer reviews are attached hereto as Exhibit A.

16. Upon information and belief, since at least 2010 and possibly earlier, Defendant distributed, advertised, promoted, offered for sale, and sold Emeril™ brand cutlery, bearing the "SOLINGEN GERMANY" mark, that was not manufactured in Germany, but was actually made in China, i.e. the Counterfeit Knives. Upon information and belief, during the relevant time period, Defendant offered and sold at least twelve different types of Counterfeit Knives, where the knives each are branded with the signature trademark "EMERIL™" and the words "SOLINGEN GERMANY" together on one side of the blade, and the word "CHINA" on the other side of the blade. Upon information and belief, the Counterfeit Knives are made in China and shipped from China to the United States either directly or indirectly. Defendant has distributed, promoted, advertised, offered for sale, and sold the Counterfeit Knives to the consuming public, including Plaintiff and the Class members, in interstate commerce.

8

17.     Notwithstanding the fact that the Counterfeit Knives are marked "SOLINGEN GERMANY" on one side of the product and "CHINA" on the other side, Defendant represented to the public that the Counterfeit Knives were certified as being made in Germany, when in fact they were made in China.  Defendant falsely represented to the public that the EMERIL™ brand Counterfeit Knives are made in Germany though various means, with the misrepresentations being made in advertisements, promotions, offers, and sales occurring over the Internet, during nationally televised promotional shows, through telephone sales, and on the Counterfeit Knives themselves.  Upon information and belief, celebrity chef Emeril Lagasse, acting as the agent of and on behalf of Defendant, personally has appeared on the HSN website through playable video clips, and on television in "infomercials" sponsored and produced by HSN and aired on the Home Shopping Network, to promote and sell products, including the Counterfeit Knives.  In these video clips and during these infomercials, both Lagasse and the HSN personalities hosting the show along with Lagasse personally state the Counterfeit Knives were manufactured in Germany.   This includes both the website video and the television "infomercial" segment watched by Plaintiff on or about July 8, 2012.

18.     Upon information and belief, in at least one HSN video promoting the Counterfeit Knives, a female HSN host reads the words "Solingen Germany" from a knife and then comments on the "unbelievable" quality of such knives.  In another such video, Emeril Lagasse, acting as the agent and on behalf of Defendant, claims the Emeril™ brand knives are the "real stuff" and not "phony," and he talks about the "grandfather of knives in Germany" in reference to the Emeril™ brand knives he is promoting.  In yet another video segment, an HSN host, possibly named Chris Kohatsu, also specifically states the Counterfeit Knives being promoted in the video are made in Germany.  These programs aired on Defendant's television channels on multiple occasions over long periods of time.  For example, segments promoting the santoku knife purchased by Plaintiff aired some 59 times between September

9

1   2011 and July 2012, and segments promoting an 8-piece knife set aired some 52

2   times during the same time period.  The videos also could be viewed at any time via

3   Defendant's website.

4       19.   Upon information and belief, "Solingen" is a name representative of

5   the finest quality of Germany cutlery and other German products.  Manufactured in

6   Solingen, Germany, cutlery sold under the name "Solingen" certifies that the goods

7   sold under that brand are of a certain origin and comply with extremely high and

8   specific standards of manufacture.   The products made in Solingen are of a

9   particularly high quality with high-grade materials, made by qualified workers, and

10   known for excellence in craftsmanship. The products are renowned around the

11   world and are appreciated for their high quality.  Special legislation in Germany,

12   referred to as the "Solingen Decree," requires that goods marked with "Solingen"

13   meet strict conditions regarding materials and quality of manufacture.   The

14   Solingen Certification Mark also is federally registered with the United States

15   Patent and Trademark Office, having Registration No. 0987576.  The SOLINGEN

16   Certification Mark registered on the Principal Register specifies that "[t]he mark

17   certifies both regional origin and also that the goods comply with statutory quality

18   standards relating to raw materials and methods of manufacture."

19       20.   Defendant' representations, express and implied, as to quality of the

20   Counterfeit Knives also were false and deceptive.  The Counterfeit Knives do not,

21   cannot, and will not perform as promised.  The Counterfeit Knives actually are not

22   made of the high quality materials, nor made with the excellence of craftsmanship,

23   required of cutlery from Solingen, Germany and made in accordance with the

24   Solingen Decree and the federally registered "Solingen" mark.  Indeed, Plaintiff's

25   Counterfeit Knife began to rust after only a few weeks of use and, upon information

26   and belief, other consumers who purchased the Counterfeit Knives also have

27   complained that the knives rusted easily, that the blades chipped and broke easily,

28   that the blades broke in half, and/or that the cutting edge quickly dulled. For

10

example, on or about May 18, 2012, an HSN customer commented about their purchase of a Counterfeit Knife:

> The knife is very sharp at first, but it does not stay sharp for very long. Glad it came with the knife sharpener.

On or about May 25, 2011, another HSN customer complained about their purchase of a Counterfeit Knife:

> The knives could have been sharper out of the box. What bothers me is: They are touted to be German steel......yet they are made in China. It is common knowledge that China has more steel making ability than germany [sic] and the USA combined. It sounds like HSN sold us a bill of goods.

On or about August 11, 2012, yet another HSN customer wrote the following comment about their purchase of a Counterfeit Knife:

> Two blades broke within a 5 month period. One blade broke in half while I was cutting a block of cheese. Another blade broke in half when I accidentally dropped it on the kitchen floor.

Copies of these customer reviews are attached hereto as Exhibit D.

21.    As distributors, promoters, advertisers and vendors of the Counterfeit Knives, Defendant were in a superior position to know the actual place of manufacture of the Counterfeit Knives, the actual quality of the materials used to make the Counterfeit Knives, the actual level of craftsmanship used to make the Counterfeit Knives, and whether the Counterfeit Knives would perform as promised.

22.    Specifically, Defendant knew or, in the exercise of reasonable diligence should have known, that the Counterfeit Knives were made China but nevertheless still promoted, advertised and represented that the Counterfeit Knives were made in Germany.  Additionally, the Defendant knew or, in the exercise of reasonable diligence should have known, that the Counterfeit Knives were not

11

1    made with the same quality of materials or craftsmanship required by the Solingen

2    Decree and the federally registered "Solingen" mark, and associated with German-

3    made cutlery.

4        23.    The Counterfeit Knives include, without limitation, the following

5    products: Emeril On the Go knives/tongs set (item no. 150465); Emeril 8-piece

6    knife set (item no. 150551); Emeril cutlery set with bamboo board (item no.

7    151868); Emeril 4-piece steakhouse knife set (item no. 152218); Emeril santoku

8    knife with sharpener (item no. 152241); Emeril 3-piece santoku block set (item no.

9    152310); Emeril knife and cutting board set (item no. unknown); Emeril 3-piece

10   chef's knife/santoku knife/paring knife set (item no. unknown); Emeril 3-piece

11   boxed santoku set (item no. unknown); Emeril 2-piece santoku/paring knife set

12   (item no. unknown); Emeril 5-piece boxed knife set (item no. unknown); and

13   Emeril 3-piece knife, carving fork and kitchen shears set (item no. unknown).

14   Defendant made "made in Germany" misrepresentations with respect to all of these

15   products during the relevant time, and made such misrepresentations via the

16   internet, television programming, and phone sales, as alleged herein.

17       24.    Ultimately, in early 2014, news articles appeared on the internet

18   confirming the Counterfeit Knives were not made in Germany as had been

19   represented to Plaintiff and the consuming public by Defendant. For instance, in

20   the article found at (http://finance.yahoo.com/news/stewart-lagasse-wont-sell-

21   solingen-191642146.html), Martha Steward Living Omnimedia, Inc., the owner of

22   the Emeril™ brand, admitted that neither the Counterfeit Knives, nor the steel used

23   in the Counterfeit Knives, were made in Germany:

> A federal court says Martha Stewart, Emeril Lagasse and
> the Home Shopping Network have agreed to stop using
> the name of the city of Solingen, Germany, to sell knives.
>
>              ***
>
> **The knives that Stewart and Lagasse were selling are
> made in China. They were sold online and on the
> Home Shopping Network, which is owned by HSN Inc.**

\*\*\*

Martha Stewart Living Omnimedia Inc. said that it licensed the knives and did not know about the certification mark before the lawsuit was filed.

**'We were led to believe that the Emeril brand knives of our licensee, SED International, were made with steel from Solingen, Germany,"** the company said in a statement Tuesday. "At that time, our licensee worked with the manufacturer to immediately remove the knives from the marketplace. Martha Stewart, Emeril Lagasse and their respective companies did not contribute any financial amount toward this settlement.' (Emphasis added.)

25.    Plaintiff and the class members relied upon Defendant's misrepresentations and would not have paid as much, if at all, for the Counterfeit Knives but for Defendant's misrepresentations and/or omissions.

## CLASS ALLEGATIONS

26.    <u>Class Definition.</u>  Plaintiff seeks to bring this lawsuit as a class action pursuant to Federal Rule of Civil Procedure 23.  The class that Plaintiff seeks to represent is defined as follows: "All consumers in the United States who purchased from Defendant an Emeril™ brand knife (or knives) that was represented by Defendant as having been manufactured in Germany but that in fact was manufactured in China, at any time during the period commencing on the date that is four years preceding the filing of the complaint (the "National Class")."

27.    Plaintiff also seeks to represent a class defined as follows: "All consumers in the State of California who purchased from Defendant an Emeril™ brand knife (or knives) that was represented by Defendant as having been manufactured in Germany but that in fact was manufactured in China, at any time during the period commencing on the date that is four years preceding the filing of the complaint (the "California Class")."

28.    <u>Ascertainable Class.</u>  The proposed class is ascertainable in that class members can be identified and located using information contained in Defendant's

13

1    business records.

2        29.    <u>Common Questions of Fact or Law.</u>  This lawsuit is suitable for class

3    treatment because common questions of fact and law predominate over individual

4    issues.   Common questions include, but are not limited to, the following: (1)

5    whether Defendant's representations as to the place of manufacture of the

6    Counterfeit Knives were false; (2) whether Defendant knew that its representations

7    as to the place of manufacture of the Counterfeit Knives were false; (3) whether

8    Defendant's representations, actual or implied, as to the quality of the Counterfeit

9    Knives were false; (4) whether Defendant knew its representations, actual or

10   implied, as to the quality of the Counterfeit Knives were false; (5) whether

11   Defendant's conduct constitutes an unfair, unlawful and/or fraudulent business

12   practice in violation of California's false advertising law (Cal. Bus. & Prof. Code

13   sections 17500, <u>et seq.</u>); (6) whether Defendant's conduct constitutes an unfair,

14   unlawful and/or fraudulent business practice in violation of California's unfair

15   competition law (Cal. Bus. & Prof. Code sections 17200, <u>et seq.</u>); (7) whether

16   Defendant's conduct constitutes a violation of California's Consumer Legal

17   Remedies Act (Cal. Civil Code sections 1750, <u>et seq.</u>); (8) whether Defendant's

18   conduct constitutes a breach of contract; (9) whether Defendant's conduct

19   constitutes a violation of the Florida Deceptive And Unfair Trade Practices Act,

20   (Fla. Stat. section 501.201, <u>et seq.</u>); (10) whether Plaintiff and the class members

21   are entitled to compensatory damages and, if so, the nature of such damages; and

22   (11) whether Plaintiff and the class members are entitled to restitution.

23       30.    <u>Numerosity.</u>  The plaintiff class is so numerous that the individual

24   joinder of all members is impractical under the circumstances of this case.  While

25   the exact number of class members is unknown to Plaintiff at this time, Plaintiff

26   alleges that the total number of Class members in each class exceeds 100 and likely

27   consists of thousands of members.  The number of Class members can be readily

28   determined by review of Defendant' business records.

14

31.     <u>Typically and Adequate Representation.</u>  Plaintiff's claims are typical of the claims of the class members.  Plaintiff suffered a similar injury as the other class members as a result of Defendant's common actions in misrepresenting the place of manufacture of the knives purchased by Plaintiff and the class members and further misrepresenting the quality of the knives purchased by Plaintiff and the class members.  In addition, Plaintiff will fairly and adequately protect the interests of the members of the class.  Plaintiff has no interests that are adverse to the interests of the other class members.

32.     <u>Superiority.</u>  A class action is superior to other available means for the fair and efficient adjudication of this controversy since individual joinder of all members of the class is impractical.  Class action treatment will permit a large number of similarly situated persons to prosecute their common claims in a single forum simultaneously, efficiently, and without the unnecessary duplication of effort and expense that numerous individual actions would engender.  Furthermore, as the damages suffered by each individual member of the class may be relatively small, the expenses and burden of individual litigation would make it difficult or impossible for individual members of the class to redress the wrongs done to them, while an important public interest will be served by addressing the manner as a class action.  The cost to the court system of adjudication of such individualized litigation would be substantial.  Individualized litigation would also present the potential for inconsistent or contradictory judgments.

**CLAIMS FOR RELIEF**

**FIRST CAUSE OF ACTION**

VIOLATION OF CALIFORNIA'S FALSE ADVERTISING LAW

(CAL. BUS. & PROF. CODE SECTIONS 17500, <u>et seq.</u>)

(On behalf of the California Class)

33.     Plaintiff incorporates by this reference the allegations contained in paragraphs above as though fully set forth herein.

15

34.   Plaintiff has standing to pursue this cause of action because Plaintiff suffered injury in fact and lost money as a result of Defendant's actions as set forth herein. Plaintiff and the other Class members suffered injury in fact and lost money as a result of purchasing the falsely advertised Counterfeit Knives and Defendant's unlawful, unfair, and fraudulent practices.

35.   Defendant engaged in false advertising as they disseminated false and/or misleading advertising, marketing and promotional representations about the Counterfeit Knives including, inter alia, false representations as to their place of manufacture, their quality of materials and manufacture, and their superior performance.

36.   Defendant knew or, in the exercise of reasonable care, should have known its representations regarding the Counterfeit Knives were false and/or misleading. During the Class Period, Defendant engaged in false advertising in violation of Cal. Bus. & Prof. Code sections 17500, et seq., by misrepresenting in their labeling, advertising and marketing to Plaintiff and the Class and the consuming public that the Counterfeit Knives were manufactured in Germany, were of the high quality materials and craftsmanship expected of German-made cutlery, and would perform as such.

37.   By disseminating and publishing these statements in connection with the sale of the Counterfeit Knives, Defendant engaged in false advertising in violation of Cal. Bus. & Prof. Code sections 17500, et seq.

38.   As a direct and proximate result of Defendant's conduct as set forth herein, Defendant has received ill-gotten gains and/or profits, including but not limited to money. Therefore, Defendant has been unjustly enriched. Pursuant to Cal. Bus. & Prof. Code section 17535, Plaintiff requests restitution and restitutionary disgorgement for all sums obtained by Defendant in violation of Cal. Bus. & Prof. Code Sections 17500, et seq.  Plaintiff seeks restitution, and restitutionary disgorgement of Defendant's ill-gotten gains as specifically provided

16

1    in Cal. Bus. & Prof. Code Section 17535, along with prejudgment interest, costs,

2    and attorney's fees as permitted by law.

### SECOND CAUSE OF ACTION

VIOLATION OF CALIFORNIA'S UNFAIR COMPETITION LAW

(CAL. BUS. & PROF. CODE SECTIONS 17200, et seq.)

(On behalf of the California Class)

7    39.    Plaintiff incorporates by this reference the allegations contained in

8    paragraphs above as though fully set forth herein.

9    40.    Plaintiff has standing to pursue this cause of action because Plaintiff

10   has suffered injury in fact and has lost money as a result of Defendant' actions as

11   set forth herein. Specifically, Plaintiff purchased a Counterfeit Knife in reliance

12   upon Defendant's representations as to its place of manufacture, its quality of

13   materials and manufacture, and its superior performance. Plaintiff and the Class

14   members have suffered injury in fact and lost money as a result of purchasing the

15   falsely advertised Counterfeit Knives and Defendant's unlawful, unfair, and

16   fraudulent practices.

17   41.    Defendant's actions as alleged herein constitute unfair and/or

18   deceptive business practices with the meaning of Cal. Bus. & Prof. Code Sections

19   17200, et seq., the California Unfair Competition Law (hereafter "UCL"), in that

20   Defendant's actions as alleged herein are unfair, unlawful, and fraudulent, and

21   because Defendant has made unfair, deceptive, untrue, and/or misleading

22   statements in advertising media, including the Internet, within the meaning of the

23   UCL.

24   42.    Defendant knew or, in the exercise of reasonable care, should have

25   known that its representations and omissions were false and/or misleading. During

26   the Class Period, Defendant engaged in unfair, unlawful and/or deceptive business

27   practices by misrepresenting in their labeling, advertising and marketing to Plaintiff

28   and the Class and the consuming public that the Counterfeit Knives were

17

1  manufactured in Germany, were of the high quality materials and craftsmanship

2  expected of German-made cutlery, and would perform as such.

3      43.   As a result of its deception, Defendant has been able to reap unjust

4  revenue and profit.

5      44.   Defendant's business practices, as alleged herein, are "unfair" because

6  they offend established public policy and/or are immoral, unethical, oppressive,

7  unscrupulous, and/or substantially injurious to consumers in that consumers are

8  misled by the claims made with respect to the Counterfeit Knives as set forth

9  herein. Plaintiff alleges violations of California's consumer protection and unfair

10 competition laws resulting in harm to consumers. Plaintiff also asserts violations of

11 public policies against engaging in unfair competition, and deceptive conduct

12 towards consumers. There were reasonably available alternatives to further

13 Defendant's legitimate business interests other than Defendant's wrongful conduct

14 described herein.

15     45.   Defendant's above-described wrongful acts and practices also

16 constitute "unlawful" business acts and practices in violation of California's fraud

17 and deceit statutes, Cal. Civil Code Sections 1572-73, 1709 and 1711, Cal. Bus. &

18 Prof. Code Sections 17200, et seq., and 17500, et seq., and the common law,

19 including breach of express warranty. Plaintiff and the Class members reserve the

20 right to allege other violations of law committed by Defendant constituting

21 unlawful business acts or practices in violation of Cal. Bus. & Prof. Code sections

22 17200, et seq.

23     46.   Defendant's business practices alleged herein constitute "fraudulent

24 business acts or practices" because, inter alia, their representations and omissions of

25 material facts were likely to, and did, deceive consumers including Plaintiff and the

26 Class members into believing that the Counterfeit Knives have characteristics,

27 materials, and benefits they do not have.

28 //

18

47.    Defendant's wrongful business practices constituted a continuing course of conduct of unfair competition since Defendant promoted, advertised and sold the Counterfeit Knives in a manner likely to deceive the public.

48.    As a direct and proximate result of Defendant's wrongful business practices in violation of Cal. Bus. & Prof. Code Sections 17200, et seq., Plaintiff and the Class Members suffered economic injury by losing money as a result of purchasing the Counterfeit Knives.  Plaintiff and the Class members would not have purchased the Counterfeit Knives, or would have paid less for them, had they known the Counterfeit Knives were not as represented.

49.    Pursuant to Cal. Bus. & Prof. Code Section 17203, Plaintiff and the Class seek an order requiring Defendant to make full restitution of all moneys wrongfully obtained from Plaintiff and the Class, as well as prejudgment interest, costs and attorney's fees as permitted by law.

## **THIRD CAUSE OF ACTION**

### VIOLATION OF CALIFORNIA'S CONSUMERS LEGAL REMEDIES ACT

### (CAL. CIV. CODE SECTIONS 1750, et seq.)

### (On behalf of the California Class)

50.    Plaintiff incorporates by this reference the allegations contained in paragraphs above as though fully set forth herein.

51.    Plaintiff has standing to pursue this cause of action because Plaintiff has suffered injury in fact and has lost money as a result of Defendant's actions as set forth herein.  Specifically, Plaintiff and the Class purchased Counterfeit Knives in reliance upon Defendant's representations as to their place of manufacture, their quality of materials and manufacture, and their superior performance.

52.    Defendant engaged in business practices in violation of California Civil Code Sections 1750, et seq., the California Consumers Legal Remedies Act (hereafter the "CLRA") by making false representations as to the Counterfeit Knives' place of manufacture, their quality of materials and manufacture, and their

19

1    superior performance.

2        53.    Defendant engaged in deceptive acts or practices intended to result in

3    the sale of Counterfeit Knives in violation of Cal. Civil Code Section 1770.  As

4    described   herein,   Defendant   knew   or   should   have   known   that   the

5    misrepresentations  of  fact  concerning  the  place  of  manufacture,  quality  of

6    manufacture, and performance of the Counterfeit Knives were material and likely to

7    mislead  the  public,  and  that  the  omissions  were  of  material  fact  Defendant  was

8    obligated to disclose.  Defendant affirmatively misrepresented that the Counterfeit

9    Knives were manufactured in Germany and not China, and made further affirmative

10   and  implied  representations  that  the  Counterfeit  Knives  had  quality  and

11   performance they do not have.

12       54.    Defendant's conduct as alleged herein violated the CLRA including,

13   but  not  limited  to,  the  following  provisions:  (1)  misrepresenting  the  source,

14   sponsorship, approval, or certification of goods or services in violation of Cal. Civil

15   Code Section 1770(a)(2); (2) using deceptive representations or designations of

16   geographic origin in connection with goods or services in violation of Cal. Civil

17   Code Section 1770(a)(4); (3) representing that goods or services have sponsorship,

18   approval, characteristics, ingredients, uses, benefits, or quantities they do not have

19   in violation of Cal. Civil Code Section 1770(a)(5); (4) representing that goods or

20   services are of a particular standard, quality, or grade . . . if they are of another in

21   violation of Cal. Civil Code Section 1770(a)(7); (5) advertising goods or services

22   with the intent not to sell them as advertised in violation of Cal. Civil Code Section

23   1770(a)(9); and (6) representing that the subject of a transaction has been supplied

24   in accordance with a previous representation when it has not in violation of Cal.

25   Civil Code Section 1770(a)(16).  As a direct and proximate result of Defendant's

26   conduct, as set forth herein, Defendant has received ill-gotten gains and/or profits

27   including, but not limited to, money.  Therefore, Defendant have been unjustly

28   enriched.

FIRST AMENDED CLASS ACTION COMPLAINT                    CASE NO. 3:14-CV-01034-VC

55.     On behalf of the Plaintiff and all others similarly situated, Plaintiff's counsel mailed to all Defendant, via certified mail, return receipt requested, the written notice of the violations set forth herein as required by Cal. Civil Code Section 1782(a).   A copy of these letters are attached hereto as Exhibit B.

56.     Defendant has failed to provide complete and appropriate relief to Plaintiff and all others similarly situated members of the California Class for Defendant's violations of the CLRA.   Accordingly, pursuant to Cal. Civ. Code Section 1780, Plaintiff and the California Class are entitled to recover actual damages, punitive damages, costs of litigation, attorney's fees, and such other relief as the court deems proper.

57.     The declaration of venue required by Cal. Civil Code Section 1780(d) is filed herewith and is attached hereto as Exhibit C.

## FOURTH CAUSE OF ACTION

### BREACH OF CONTRACT

(On behalf of the California and National Classes)

58.     Plaintiff incorporates by this reference the allegations contained in paragraphs above as though fully set forth herein.

59.     Plaintiff and members of both classes had a valid contract, supported by sufficient consideration, pursuant to which Defendant was obligated to provide kitchen knives and/or knife sets, which were, in fact, made in Germany as represented by Defendant.

60.     Defendant materially breached its contract with Plaintiff and members of both classes by providing the Counterfeit Knives which were not made in Germany but instead were made in China.

61.     As a result of Defendant's breach, Plaintiff and members of both classes were damaged in that they received a product with less value than the amount paid.   Moreover, Plaintiff and members of both classes have suffered and continue to suffer economic losses and other general and specific damages,

21

1  including but not limited to the amounts paid for the Counterfeit Knives, and any
2  interest that would have accrued on those monies, all in an amount to be proven at
3  trial.

### FIFTH CAUSE OF ACTION

4

5  FRAUD

6  (On behalf of the California and National Classes)

7      62.    Plaintiff incorporates by this reference the allegations contained in
8  paragraphs above as though fully set forth herein.

9      63.    Defendant willfully, falsely, and knowingly misrepresented material
10 facts relating to the character and quality of the Counterfeit Products. These
11 misrepresentations are contained in various media advertising disseminated or
12 caused to be disseminated by Defendant, and such misrepresentations were
13 reiterated and disseminated by officers, agents, representatives, servants, or
14 employees of Defendant, acting within the scope of their authority, and employed
15 by Defendant to merchandise and market the Counterfeit Knives.

16     64.    Defendant's misrepresentations were the type of misrepresentations
17 that are material (i.e. the type of misrepresentations to which a reasonable person
18 would attach importance and would be induced to act thereon in making purchase
19 decisions).

20     65.    Defendant knew that the misrepresentations alleged herein were false
21 at the time it made them and/or acted recklessly in making such misrepresentations.

22     66.    Defendant intended that Plaintiff and members of both classes rely on
23 the misrepresentations alleged herein and purchase the Counterfeit Knives.

24     67.    Plaintiff and members of both classes reasonably and justifiably relied
25 on Defendant's misrepresentations when purchasing the Counterfeit Products, were
26 unaware of the existence of facts that Defendant suppressed and failed to disclose,
27 and, had the facts been known, would not have purchased the Counterfeit Knives
28 and/or purchased them at the prices at which they were offered.

68.   As a direct and proximate result of Defendant's wrongful conduct, Plaintiff and members of both classes have suffered and continue to suffer economic losses and other general and specific damages, including, but not necessarily limited to, the monies paid to Defendant, and any interest that would have accrued on those monies, all in an amount to be proven at trial.

69.   Moreover, in that, at all times herein mentioned, Defendant intended to cause or acted with reckless disregard of the probability of causing damage to Plaintiff and members of both classes, and because Defendant was guilty of oppressive, fraudulent and/or malicious conduct, Plaintiff and members of both classes are entitled to an award of exemplary or punitive damages against Defendant in an amount adequate to deter such conduct in the future.

## SIXTH CAUSE OF ACTION

### NEGLIGENT MISREPRESENTATION

(On behalf of the California and National Classes)

70.   Plaintiff incorporates by this reference the allegations contained in paragraphs above as though fully set forth herein.

71.   Defendant, directly or through its agents and employees, made false representations to Plaintiff and members of both classes.

72.   Defendant owed a duty to Plaintiff and members of both classes to disclose the material facts set forth above about the Counterfeit Knives.

73.   In making the representations, and in doing the acts alleged above, Defendant acted without any reasonable grounds for believing the representations were true, and intended by said representations to induce the reliance of Plaintiff and members of both classes.

74.   Plaintiff and members of both classes reasonably and justifiably relied on Defendant's misrepresentations when purchasing the Counterfeit Knives, were unaware of the existence of facts that Defendant suppressed and failed to disclose and, had the facts been known, would not have purchased the Counterfeit Knives

23

1  and/or purchased them at the price at which they were offered.

2      75.   As a direct and proximate result of these misrepresentations, Plaintiff

3  and members of both classes have suffered and continue to suffer economic losses

4  and other general and specific damages, including but not limited to the amounts

5  paid for the Counterfeit Knives, and any interest that would have accrued on those

6  monies, all in an amount to be proven at trial.

7  ## SEVENTH CAUSE OF ACTION

8  VIOLATION OF FLORIDA DECEPTIVE AND UNFAIR

9  TRADE PRACTICES ACT

10  (Fla. Stat. sections 501.201, *et seq.*)

11  (On behalf of the National Class)

12      76.   Plaintiff incorporates by this reference the allegations contained in

13  paragraphs above as though fully set forth herein.

14      77.   This cause of action is brought pursuant to the Florida Deceptive and

15  Unfair Trade Practices Act, Fla. Stat. sections 501.201, *et seq.* ("FDUTPA"). The

16  express purpose of FDUTPA is to "protect the consuming public…from those who

17  engage in unfair methods of competition, or unconscionable, deceptive, or unfair

18  acts or practices in the conduct of any trade or commerce." Fla. Stat. section

19  501.202(2).

20      78.   Plaintiff and Class members are "consumers" within the meaning of

21  Fla. Stat. section 501.203(7).

22      79.   Defendant was engaged in "trade or commerce" as defined by Fla.

23  Stat. section 501.203(8).

24      80.   The sale of the Counterfeit Knives constituted "consumer transactions"

25  within the scope of the Fla. Stat. sections 501.201 to 501.213.

26      81.   Fla. Stat. sections 501.204(1) declares unlawful "unfair methods of

27  competition, unconscionable acts or practices, and unfair or deceptive acts or

28  practices in the conduct of any trade or commerce."

1    82.    Defendant's unfair and deceptive practices were likely to mislead –
2    and did mislead – the consumer acting reasonably in the circumstances, and
3    violated the FDUPTA.

4    83.    Defendant has violated the FDUTPA by engaging in the unfair and
5    deceptive practices as described herein which offend public policies and are
6    immoral, unethical, unscrupulous, and substantially injurious to consumers, by
7    making the misrepresentations described herein, when in fact, they were false and
8    misleading to reasonable consumers, and by engaging in the trade or commerce of
9    the Counterfeit Knives after representing to the consuming public that the knives
10   were made in Germany when in fact they were made in China.

11   84.    Plaintiff purchased a Counterfeit Knife directly from Defendant for
12   $21.44 on or about July 8, 2012.

13   85.    Plaintiff made this purchase after watching Defendant's agents,
14   including but not limited to Emeril Lagasse, represent during a television broadcast
15   and a downloadable video segment, that the knife purchased by Plaintiff was made
16   in Germany.  Plaintiff purchased the knife in reliance on the claim that it was made
17   in Germany and of the high quality associated with German-made cutlery.

18   86.    Plaintiff relied on the misrepresentations described herein when
19   deciding to purchase a Counterfeit Knife, and the misrepresentations were part of
20   the basis of the bargain, in that he would not have purchased the Counterfeit Knife
21   if he had known that the misrepresentations were false.

22   87.    Plaintiff and the National Class have been aggrieved by Defendant's
23   unfair and deceptive practices in that they paid for the Counterfeit Knives, which
24   they would not have purchased had they known the true facts.

25   88.    The damages suffered by Plaintiff and the National Class were directly
26   and proximately caused by the deceptive, misleading, and unfair practices of
27   Defendant.

28   89.    Pursuant to Fla. Stat. section 501.211, Plaintiff and the National Class

25

1  are entitled to restitution and disgorgement from Defendant for the wrongful

2  conduct alleged herein, as well as attorneys' fees and costs, all in amounts to be

3  proved at trial.

### PRAYER FOR RELIEF

5  WHEREFORE, Plaintiff and the Class members request that the Court enter

6  an order or judgment against Defendant as follows:

7  1.    For an Order certifying the Classes, appointing Plaintiff and his

8  counsel to represent the Classes, and for notice to the Classes to be paid for by

9  Defendant;

10  2.    For damages suffered by Plaintiff and the Class members;

11  3.    For restitution to Plaintiff and the Class members of all monies

12  wrongfully obtained by Defendant;

13  4.    For an award of punitive and/or exemplary damages to Plaintiff and

14  the Class members;

15  5.    For both prejudgment and postjudgment interest at the maximum rate

16  permitted by law on any amounts awarded;

17  6.    For costs of suit;

18  7.    For reasonable attorney's fees as allowed by law; and

19  8.    For such other and further relief as the Court may deem just and

20  proper.

### DEMAND FOR JURY TRIAL

22  Plaintiff hereby demands a trial by jury of all claims and causes of action so

23  triable.

24  Dated: July 21, 2014                          **LAW OFFICES OF FARRAH MIRABEL**

25

26                                    ___s/ Farrah Mirabel_____

27                                    Farrah Mirabel
                                     Attorneys for Plaintiff ALLEN MOSHIRI

28

FIRST AMENDED CLASS ACTION COMPLAINT                    CASE NO. 3:14-CV-01034-VC



# Exhibit A

**To First Amended Complaint**



or

f Log In

**FREE SHIPPING** ON ALL SHOES...IT'S ON!   ▶   Excludes clearance

HSN Shopping
Kitchen & Food
Emeril
Cutlery
Santoku Knives

PROMOTIONAL OFFERS

Buy More & Save! Pay the highest shipping on one Kitchen item, and get 50% off shipping on additional Kitchen items you buy today.

See All Emeril ▶
More Choices

Emeril by T-Fal® Nonstick Individual Pie and Cake Maker
HSN Price: $49.90

Emeril XL 1700-Watt Electric Grill by T-fal®
HSN Price: $199.90

Emeril 3-piece German Steel Forged Knife Set with Bamboo Cutting Board
HSN Price: $49.99

Top Chef 7 inch Santoku Knife
HSN Price: $24.90

**Emeril Manual Knife Sharpener with 5" Santoku Knife** Item: 152-241

**HSN Price: $19.99**
Retail Value: $35.69

Shipping & Handling: $4.95

★★★★★
4.6
( 192 Reviews )

Pin it   Like  13   0

Select Color:

Select Qty:
1
☐ This is a gift   details

Buy This Now
Add To Wish List

Roll on to Zoom        Play Video
View Larger

**Description**

**Emeril Manual Knife Sharpener with 5" Santoku Knife**
Slice through salmon and squash with ease. This sharpener keeps your cutlery in prime cutting condition so you never have to worry about dull blades. It features a suction pad that holds it securely in place on your countertop. You also get a beautiful and versatile santoku knife that'll have you mincing, chopping and chiffonading with style.

**What You Get**

Emeril Manual Knife Sharpener with 5" Santoku Knife Features

**Specs**

**Use & Care**

Notes

For warranty information, please call HSN.com Customer Service at 800 933 2887 (8 am-1 am ET).

ABOUT EMERIL LAGASSE

**CUSTOMER REVIEWS**       Write a Review

Emeril Manual Knife Sharpener with 5" Santoku Knife Reviews

★★★★★
Average Customer Rating:
4.6

Sort reviews by:
Date - Newest First

**Misled information on video... dab21222, FL**
★★★★★ 5/21/2012
I'm disappointed in the video when Emeril stated that the Santoku knife was made in Germany. This is the main reason I made the purchase. Come to find out it is made in China. That is terrible when a top chef lies to you on tv. Wish I would have known. Emeril cannot be trusted with what he advertises.

2 of 4 found this review helpful!
Was this review helpful to you? Yes | No

Report if Inappropriate

Share this review:

**amazing... tito2daddy, GA** ★★★★★ 5/19/2012
This knife does exactly what Emeril said it would do! I just love it!

2 of 2 found this review helpful!
Was this review helpful to you? Yes | No

Report if Inappropriate

Share this review:

**Excellent Choice... ATricia644, MO** ★★★★★
5/19/2012

Choice to try was based on suction. Works well, &
the sharpener is excellent. Even sharpened
husband's coupon cutter. Knife fits in with formerly
purchased block of Emeril knives. Good size for
smaller uses in chopping or cutting sandwiches.
Sharpener size works well in smaller kitchen.

2 of 2 found this review helpful

Was this review helpful to you? Yes | No

Report if inappropriate

Share this review:

What do you get when you combine the spice of legendary ch
of culinary industry leaders? You get a recipe for gourmet coo
dinnerware that will kick up your kitchen a notch or two. As pa
Emeril brings quality and style to every piece he designs.

**WHEN TO WATCH**

Get an email alert when Emeri Lagasse products will be on TV.

Enter your email address

SIGN UP

See Details | Privacy Policy

---

ok... lily249, PA ★★★☆☆ 5/18/2012

THE KNIFE IS VERY SHARP AT FIRST, BUT IT
DOES NOT STAY SHARP FOR VERY LONG.
GLAD IT CAME WITH THE KNIFE SHARPENER.

2 of 3 found this review helpful

Was this review helpful to you? Yes | No

Report if inappropriate

Share this review:

---

ouch... warmwind, AL ★★★★☆ 5/18/2012

cut myself with knife,odd shape good knife

1 of 1 found this review helpful

Was this review helpful to you? Yes | No

Report if inappropriate

Share this review:

< Previous 1 ... 14 15 16 ... 39 Next >

CUSTOMERS WHO VIEWED THIS ITEM BOUGHT...



Wolfgang Puck Bistro Elite Stockpot
with Lid

Price: $39.90

12% bought this item



Wolfgang Puck Chef's Series 6pc
Steel Cutlery Set with Block

HSN Price: $39.90

12% bought this item



Wolfgang Puck Bistro Elite Stainless
Steel Food Mill

HSN Price: $39.90

Event Price: $29.95

12% bought this item

Emeril 8-piece German Steel Knife Set
with Block

HSN Price: $69.99

12% bought this item

RECENTLY VIEWED ITEMS

1

2

Next
>



Emeril Manual Knife Sharpener with 5"
Santoku Knife

HSN Price: $19.99



Emeril 3-piece German Steel Forged Knife Set
with Bamboo Cutting Board

HSN Price: $49.99



Emeril 8-piece German Steel Knife Set with
Block

HSN Price: $69.99



Emerilware™ Hard Anodized 13-piece Cook
Set

HSN Price: $269.99

EMAIL ADDRESS





Connect & share with forums, blogs & more

    

- Questions about the item on air now? Ask HSN
- Order toll-free anytime by phone: 1-800-284-5757

| Shop with HSN | HSN Policies | HSN Help | About HSN | HSN Credit Cards |
|---|---|---|---|---|
| HSN Top Brands | Return Policies | Contact HSN | Company Overview | Cardholder Offers |
| HSN Gift Cards | Privacy Policy | HSN Shop by Remote | Show Hosts | Pay Your Bill |
| Most Popular Searches | Security Policy | Channel Finder | Careers at HSN | Apply Now |
| Site Map | Community Guidelines | FAQs | HSN Affiliate program | MyCardExtras |
| HSN Ratings and Reviews | Conditions of Use | Give us your feedback | HSN Partner program | |
| Product Voting | | Product Recall Info | | |



     

Copyright © 2012 HSN, Inc. All Rights Reserved. HSN and HSN.com are registered trademarks of HGN, LLC. U.S. Patent No. 7,752,083, U.S. Patent No. 7,756,758
Partner Sites: Expedia | Floraflora | Gifts | Hotels | Hotwire | Pronto | Shoebuy | Ticketmaster
Other HSNi Sites: Ballard Designs | Frontgate | Garnet Hill | Grandin Road | Chasing Fireflies | Improvements | Territory Ahead | TravelSmith

or

f Log In

$1.99 SHIPPING On hundreds of clearance favorites under $20!

HSN Shopping
Kitchen & Food
Emeril
Cutlery
Knife Sets

You might like these "Knife Sets"

**Related Searches**

> shop Knife Sets
> shop Cutlery
> shop Emeril
> shop All Kitchen & Food



Bon Appétit 3-piece Steel
Cutlery Set in Bamboo Box
HSN Price: $49.95

Emeril 4-piece Knife Set with 5-
piece Cutting Board and Mat
Set
HSN Price: $49.99

Kitchen Logic 7-piece Ceramic
Knife Set
HSN Price: $49.90
Sale Price: $34.95

**WHY SHOP HSN?**

For exclusive products
and brands, flexible
payment options and
new daily values too
good to miss, there's
no place like HSN.

---

**SOLD OUT** Item is currently out of stock

see more results for "Knife Sets" ▶



Roll on to Zoom

Play Video

View Larger

**Emeril 8-piece German Steel Knife Set with Block** Item: 106-301

**HSN Price: $69.99**
or 2 payments of $34.99
Shipping & Handling: $10.95

★★★★☆
4.0
( 60 Reviews )

Pin it    Like  1    0

**Description**

**Emeril 8-piece German Steel Knife Set with Block**
Stop settling for second-rate knives and kick your kitchen cutlery up a notch. This set features 6
versatile knives and a set of kitchen shears that can tackle almost any cutting job a home chef can
serve up. They come in a handsome block with each knife's slot clearly labeled, so there's no
confusion when returning them after use

**What You Get**

Emeril 8-piece German Steel Knife Set with Block Features

**CUSTOMER REVIEWS**    Write a Review

Emeril 8-piece German Steel Knife Set with Block
Reviews

★★★★☆
**Average Customer Rating:**
4.0

Sort reviews by:
Date - Newest First ▾

**better than the other chef's brand...** babyglo, CA
★★★★☆  3/15/2011
I really love this brand very sharp and have to be
very careful only rated 4 stars cause my paring
knife has a small rust already and I'm very careful
with it! hand washed the knives and dry before I
put it in the block

0 of 1 found this review helpful!

**Specs**

**Use & Care**

**Notes**
For warranty information, please call HSN.com Customer Service at 800.933.2887 (8 am-1
am ET).

Was this review helpful to you? Yes | No

Report if Inappropriate

Share this review:

ABOUT EMERIL LAGASSE

**Love These Knives...** TrishnAbby, NV ★★★★★
3/14/2011

I really love these knives, they are sharp and very easy to use. Would highly recommend this product.

Was this review helpful to you? Yes | No

Report if Inappropriate

Share this review:

What do you get when you combine the spice of legendary ch of culinary industry leaders? You get a recipe for gourmet co dinnerware that will kick up your kitchen a notch or two. As pa Emeril brings quality and style to every piece he designs.

WHEN TO WATCH

**Emeril Rules!!!...** KrisyNY, NY ★★★★★
3/14/2011

I love them. They are as always the best of the best.

0 of 1 found this review helpful

Was this review helpful to you? Yes | No

Report if Inappropriate

Share this review:

Get an email alert when Emeril Lagasse products will be on TV.

Enter your email address

SIGN UP

See Details | Privacy Policy

**I can't live without it...** cookie246, CA ★★★★★
3/10/2011

I'm so in love with these knifes. And Emeril keep up the good work.

Was this review helpful to you? Yes | No

Report if Inappropriate

Share this review:

**Emeril 8-piece German Steel Knife Set with Block...** Jazzie56, IL ★★★★☆ 3/8/2011

I received the advertised product and was not happy to find it made in China? It appears everything that HSN sells is made in China - why are you advertising this a German made product?

6 of 6 found this review helpful

Was this review helpful to you? Yes | No

Report if Inappropriate

Share this review:

< Previous 1 ... 9 10 11 ... 12 Next >

RECENTLY VIEWED ITEMS

EMAIL ADDRESS

SIGN UP

 

Connect & share with forums, blogs & more

      

• Questions about the item on air now? Ask HSN
• Order toll-free anytime by phone: 1-800-284-5757

**Shop with HSN**
HSN Top Brands
HSN Gift Cards
Most Popular Searches
Site Map
HSN Ratings and Reviews
Product Voting

**HSN Policies**
Return Policies
Privacy Policy
Security Policy
Community Guidelines
Conditions of Use
IP Closed Captioning

**HSN Help**
Contact HSN
HSN Shop by Remote
Channel Finder
FAQs
Give us your feedback
Product Recall Info

**About HSN**
Company Overview
Show Hosts
Careers at HSN
HSN Affiliate program
HSN Partner program

**HSN Credit Cards**
Cardholder Offers
Pay Your Bill
Apply Now
MyCardExtras



     

Copyright © 2012/HSN, Inc. All Rights Reserved. HSN and HSN.com are registered trademarks of HSNi, LLC. U.S. Patent No. 7,752,085, U.S. Patent No. 7,756,756
Partner Sites: Expedia | Floraflora | Gifts | Hotels | Hotwire | Provio | Shoebuy | Ticketmaster
Other HSNi Sites: Ballard Designs | Frontgate | Garnet Hill | Grandin Road | Chasing Fireflies | Improvements | TravelSmith

or

**Log In**

**FREE SHIPPING** On all Beauty Bioscience all October long - including RetinoSyn 45! **shop now ▶**

HSN Shopping
Kitchen & Food
Emeril
Cutlery
Knife Sets

**You might like these "Knife Sets"**

**Related Searches**

▸ shop Knife Sets
▸ shop Cutlery
▸ shop Emeril
▸ shop All Kitchen & Food



Wolfgang Puck Chef's Series
6pc Steel Cutlery Set with
Block

HSN Price: $39.90



Tramontina Churrasco
Steakhouse 15-piece Barbecue
Set

HSN Price: $129.90

Clearance Price: $49.95



Wolfgang Puck Bistro Elite 6-
piece Cutlery Set

HSN Price: $49.95

2 payments of $24.97

**WHY SHOP HSN?**

For exclusive products
and brands, flexible
payment options and
new daily values too
good to miss, there's
no place like HSN.

learn more ▶

**SOLD OUT** Item is currently out of stock.

see more results for "Knife Sets" ▶



**CUSTOMER PICK**

**Emeril 3-piece German Steel Forged Knife Set with Bamboo Cutting Board** Item: 151-868

**HSN Price: $49.99**

or 2 payments of $24.99

Retail Value: $79.88

Shipping & Handling: $6.95

★★★★★
4.5
( 438 Reviews )

   Like ‹ 114 | 0 › 

See All Emeril ▶

**Customers Who
Bought This Also
Bought...**



Highgate Manor
Marbella 100%
Cotton Sheet Set
From: $21.95 -
$54.95



Lexmark Tri-Color
150XL Ink 3 pack
with Recipe
Manager Software
HSN Price: $69.95



Lexmark 155XL
Black Ink 2-pack
and Recipe

🔍 Roll on to Zoom

▶ Play Video

View Larger

  

**Description**

**Emeril 3-piece German Steel Forged Knife Set with Bamboo Cutting Board**

Enjoy versatility, durability and slice-and-stow convenience. Three versatile knife styles handle numerous kitchen cutting, dicing and chopping duties. German steel, full-tang blades deliver sharp results with a balanced, comfortable feel. The durable bamboo cutting board doubles as a built-in magnetic knife drawer.

**What You Get**

**Emeril 3-piece German Steel Forged Knife Set with Bamboo Cutting Board Features**

**CUSTOMER REVIEWS** Write a Review

Emeril 3-piece German Steel Forged Knife Set
with Bamboo Cutting Board Reviews

★★★★★
**Average Customer Rating:
4.5**

**Sort reviews by:**
- Date - Oldest First

**Misleading...** ron50, IL ★★☆☆☆ 1/27/2012

I was shocked when we recieved the knives and on them was stamped made in china. I think it is misleading the way they advertised it. They are just a average set of knives but will keep them

**Specs**

**Use & Care**

because we like the way there stored.

1 of 1 found this review helpful!

Was this review helpful to you?  Yes | No

Report if Inappropriate ▶

Share this review:

**Great knives... dettigersfan, MI** ★★★★★
1/27/2012

We're very happy with these knives. They are comfortable to hold and cut smoothly. We love having the case also!

1 of 1 found this review helpful!

Was this review helpful to you?  Yes | No

Report if Inappropriate ▶

Share this review:

**Great Knives!!!... petunia47, OR** ★★★★★
1/27/2012

I bought these for my husband as a Christmas gift. He absolutely loves them. He does a lot of prepping in the kitchen and always reminds me of how much he loves them. Wish I would have bought more sets to give to my daughters. I hope they'll be on again soon!!! Thanks Emeril!!!!

1 of 1 found this review helpful!

Was this review helpful to you?  Yes | No

Report if Inappropriate ▶

Share this review:

**Dr Wade... DrWade, PA** ★★★★ 1/27/2012

wonderful its on the counter but i can take it to the grill and or when i assist with friends cooking love it

1 of 1 found this review helpful!

Was this review helpful to you?  Yes | No

Report if Inappropriate ▶

Share this review:

**Very nice Presentation... susp, UT** ★★★★★
1/27/2012

These are very nice knives, and they make a wonderful gift presentation.

1 of 1 found this review helpful!

Was this review helpful to you?  Yes | No

Report if Inappropriate ▶

Share this review:

< Previous 1 ... 62 63 64 ... 88 Next >

**RECENTLY VIEWED ITEMS**

1
2
Next
>

**Notes**

For warranty information, please call HSN.com Customer Service at 800.933.2687 (8 am–1 am ET).

**ABOUT EMERIL LAGASSE**



What do you get when you combine the spice of legendary c[...] of culinary industry leaders? You get a recipe for gourmet co[...] dinnerware that will kick up your kitchen a notch or two. As p[...] Emeril brings quality and style to every piece he designs.

**WHEN TO WATCH**

Get an email alert when Emeril Lagasse products will be on TV.

Enter your email address

SIGN UP

See Details | Privacy Policy

HSN Price: $49.95

Concierge Collection Soft-Touch 100% Cotton 9-piece Towel Set
HSN Price: $69.95









twiggy LONDON "Royal Ruffle" Chiffon Blouse

**HSN Price: $59.90**

Emeril by GelPro© Dual-Density 32" x 20" Chef's Mat

**HSN Price: $79.99**

Emeril by T-fal® 1800-Watt Nonstick Gourmet Grill

**HSN Price: $99.90**

Top Chef Knife Set - 15 pc.

**HSN Price: $201.90**



SUBSCRIBE TO SPECIAL OFFERS

EMAIL ADDRESS

SIGN UP

WATCH HSN

SEARCH HSN

GO





        



or

**f** Log In

**$1.99 SHIPPING** On hundreds of clearance favorites under $20! ▸

HSN Shopping
Kitchen & Food
Emeril
Cutlery
Knife Sets

**You might like these "Knife Sets"**

**Related Searches**

› shop Knife Sets
› shop Cutlery
› shop Emeril
› shop All Kitchen & Food

Bon Appétit 3-piece Steel
Cutlery Set in Bamboo Box
HSN Price: $49.95

Emeril 4-piece Knife Set with 5-
piece Cutting Board and Mat
Set
HSN Price: $49.99

Kitchen Logic 7-piece Ceramic
Knife Set
HSN Price: $49.90
Sale Price: $34.95

**WHY SHOP HSN?**
For exclusive products
and brands, flexible
payment options and
new daily values too
good to miss, there's
no place like HSN.



**SOLD OUT** Item is currently out of stock

see more results for "Knife Sets" ▸

Roll on to Zoom          Play Video

View Larger

**Emeril 8-piece German Steel Knife Set with Block** Item: 106-301

**HSN Price: $69.99**
or 2 payments of $34.99
Shipping & Handling: $10.95

★★★★☆
4.0
( 80 Reviews )

Pin it      Like ◁ 1      0

**Description**

**Emeril 8-piece German Steel Knife Set with Block**
Stop settling for second-rate knives and kick your kitchen cutlery up a notch. This set features 6
versatile knives and a set of kitchen shears that can tackle almost any cutting job a home chef can
serve up. They come in a handsome block with each knife's slot clearly labeled, so there's no
confusion when returning them after use.

**What You Get**

**Emeril 8-piece German Steel Knife Set with Block Features**

**CUSTOMER REVIEWS**    Write a Review

Emeril 8-piece German Steel Knife Set with Block
Reviews

★★★★☆
Average Customer Rating:
4.0

Sort reviews by:
Date - Newest First ▾

**Arrived damaged...** Sally2010, KS ★★☆☆☆
5/30/2011
Arrived damaged and with one knife missing.
Disappointed with quality of knives so would have
returned. Made in china with German steel but
very heavy....Looking for fine German or American
steel knives and will ing to pay more. Dont really
need block as I like to keep in drawer. Customer
service, as always, is being VERY HELPful with

**Specs**

**Use & Care**

**Notes**
For warranty information, please call HSN.com Customer Service at 800.933.2887 (6 am-1
am ET).

return.

Was this review helpful to you? Yes | No

Report if Inappropriate

Share this review:

**ABOUT EMERIL LAGASSE**

**Go Emeril...** muzzie38, NV ★★★★☆ 5/27/2011
All the knives are very sharp. The smallest knife is
for a right-handed person, and I am left-handed.
The block is attractive. Glad that I got the set.

Was this review helpful to you? Yes | No

Report if Inappropriate

Share this review:

What do you get when you combine the spice of legendary cl
of culinary industry leaders? You get a recipe for gourmet co
dinnerware that will kick up your kitchen a notch or two. As pe
Emeril brings quality and style to every piece he designs.

**WHEN TO WATCH**

**Disappointed...** AngelEyes49, UT ★★☆☆☆
5/26/2011
The handles were plastic which I could not tell from
the show in which I purchased the Emeril Cutlery
with the block. The metal may be German made
but assembled in China. The show keyed in on the
word "German made" constantly and I thought
"wow" what a deal now I see why.....plastic
handles and assembled in China. I sent the cutlery
to my daughter for a starter set. Sorry Emeril.

Was this review helpful to you? Yes | No

Report if Inappropriate

Get an email alert when Emeril Lagasse products will be on TV.

Enter your email address

**SIGN UP**

See Details | Privacy Policy

Share this review:

**Great Knifes!!!!...** Gela554, MO ★★★★★
5/26/2011
I realy like the knifes they feel good in my hands
and they cut exellent. I think that is the most
important thing about knifes. They stamp them with
China on one side and Solingen Germany on the
other, if it is so a big deal for most people hsn
should adress it and not mislead people.

Was this review helpful to you? Yes | No

Report if Inappropriate

Share this review:

**So-so knife set...** Quietmann, PA ★★☆☆☆
5/25/2011
The knives could have been sharper out of the
box. What bothers me is: They are touted to be
German steel.....yet they are made in China. It is
common knowledge that China has more steel
making ability than germany and the USA
combined. It sounds like HSN sold us a bill of
goods.

1 of 1 found this review helpful!

Was this review helpful to you? Yes | No

Report if Inappropriate

Share this review:

< Previous 1 ... 5 6 7 ... 12 Next >

RECENTLY VIEWED ITEMS

Case3:14-cv-01034-VC   Document35   Filed07/18/14   Page39 of 65

EMAIL ADDRESS

 SIGN UP



Connect & share with forums, blogs & more                • Questions about the item on air now? Ask HSN
                                                                                                         • Order toll-free anytime by phone: 1-800-284-5757

**Shop with HSN**         **HSN Policies**           **HSN Help**               **About HSN**            **HSN Credit Cards**
HSN Top Brands           Return Policies            Contact HSN                Company Overview         Cardholder Offers
HSN Gift Cards           Privacy Policy             HSN Shop by Remote         Show Hosts               Pay Your Bill
Most Popular Searches    Security Policy            Channel Finder             Careers at HSN           Apply Now
Site Map                 Community Guidelines       FAQs                       HSN Affiliate program    MyCardExtras
HSN Ratings and Reviews  Conditions of Use          Give us your feedback      HSN Partner program
Product Voting           IP Closed Captioning       Product Recall Info



     

Copyright © 2012 HSN, Inc. All Rights Reserved. HSN and HSN.com are registered trademarks of HSN, LLC. U.S. Patent No. 7,752,083, U.S. Patent No. 7,756,755
Partner Sites: Expedia | Floraflora | Gifts | Hotels | Hotwire | Pronto | Shoebuy | Ticketmaster
Other HSNi Sites: Ballard Designs | Frontgate | Garnet Hill | Grandin Road | Chasing Fireflies | Improvements | TravelSmith



# Exhibit B
## To First Amended Complaint

## NOTICE OF VIOLATION OF
## CONSUMER LEGAL REMEDIES ACT ("CLRA")

### VIA CERTIFIED MAIL

### Return Receipt Requested

ALLEN MOSHIRI
1070 Stradella Road
Los Angeles, CA  90077
Phone:  (310) 699-7957

December 6, 2012

HSNi, LLC, a limited liability company
d/b/a Home Shopping Network ("HSN")
1 HSN Drive
St. Petersburg, Florida

RE:   **Purchase of Emeril "Santuku" Knife**

   **Violation of Consumer Legal Remedies Act**

Dear SED International Holdings, Inc.:

   **PLEASE TAKE NOTICE** that this letter constitutes notice under the California Consumer Legal Remedies Act, ("CLRA") California Civil Code Section 1750, et seq., (the "ACT") -- pursuant specifically to Civil Code Section 1782 -- notifying you of violations of the Act and of my demand that you remedy such violation within 30 days from your receipt of this letter.

   On or about July 8, 2012, I purchased a 5-inch Santuku Knife with a knife sharpener under the brand name Emeril Santuku Knife from the Home Shopping Network.  I purchased the knife after learning it was (supposedly) a Solingen knife, which is known for its high quality and durability.

   After receiving the knife in the mail, I used it for a short while and found it to be very poor quality.  Furthermore, it did not function as marketed and/or otherwise advertised under the "Emeril" label or brand.  In fact, the bottom of my email receipt (attached to this letter) stated as follows with regard to the intended quality of both the knife and the Emeril label:

"What do you get when you combine the spice of legendary chef Emeril Lagasse with the expertise of culinary industry leaders? You get a recipe for gourmet cookware, appliances, cutlery and dinnerware that will kick up your kitchen a notch or two. As passionate about cooking as you are, Emeril brings quality and style to every piece he designs."

This is not the case as the knife does not function with superior quality. The blade is dull and is not sharp. It rusted after two weeks. It does not sharpen using its own sharpener. It is lightweight, which gives less control to the user.

Moreover, had I known the knife was not actually a Solingen knife, I would not have purchased it. I later learned that the knife was made in China.

Please be advised that the alleged deceptive acts or practices in violation of the CLRA include, but are not necessarily limited to your actions -- or inactions -- as indicated above and also in representing that the Emeril Santuku Knife has characteristics, uses, and benefits which it does not have and also that it is of a high quality which it is not.

Based upon the above, demand is hereby made that you refund the $21.44 charge incurred by me for purchase of the Emeril Santuku Knife, as well as to all others who similarly purchased a Emeril Santuku Knife, either on HSN or other retail outlet.

Please be advised that your failure to comply with this request within thirty (30) days may subject you to the following remedies, which are available for a violation of the Consumer Legal Remedies Act.

(1) The actual damages suffered by me;

(2) The actual damages suffered by other consumers similarly situated, including others who purchased an Emeril Santuku Knife and/or other potential class members;

(3) An order enjoining you for such methods, act or practices;

(4) Punitive Damages;

(5) Any other relief which the court deems proper; and

(6) Court costs and attorneys' fees for myself and all other consumers, users of your services and/or potential class members.

This letter will constitute FURTHER NOTICE that the actions as set forth above also constitute violations of California's Business and Professions Code

Sections 17200 and 17500 (Unfair Business Practices and False Advertising) as unfair business acts and practices.

I look forward to receiving my refund. Thank you for your time and consideration in this matter.

Sincerely,

ALLEN MOSHIRI

**NOTICE OF VIOLATION OF**
**CONSUMER LEGAL REMEDIES ACT ("CLRA")**

**VIA CERTIFIED MAIL**

**Return Receipt Requested**

ALLEN MOSHIRI
1070 Stradella Road
Los Angeles, CA  90077
Phone:  (310) 699-7957

December 6, 2012

Martha Stewart
c/o Martha Stewart Living Omnimedia, Inc.
20 West 43rd Street
New York, NY 10036-7400

RE:   **Purchase of Emeril "Santuku" Knife**

**Violation of Consumer Legal Remedies Act**

Dear Ms. Stewart:

**PLEASE TAKE NOTICE** that this letter constitutes notice under the
California Consumer Legal Remedies Act, ("CLRA") California Civil Code Section
1750, et seq., (the "ACT") -- pursuant specifically to Civil Code Section 1782 --
notifying you of violations of the Act and of my demand that you remedy such
violation within 30 days from your receipt of this letter.

On or about July 8, 2012, I purchased a 5-inch Santuku Knife with a knife
sharpener under the brand name Emeril Santuku Knife from the Home Shopping
Network.  I purchased the knife after learning it was (supposedly) a Solingen
knife, which is known for its high quality and durability.

After receiving the knife in the mail, I used it for a short while and found it
to be very poor quality.  Furthermore, it did not function as marketed and/or
otherwise advertised under the "Emeril" label or brand.  In fact, the bottom of my
email receipt (attached to this letter) stated as follows with regard to the intended
quality of both the knife and the Emeril label:

"What do you get when you combine the spice of legendary chef Emeril Lagasse with the expertise of culinary industry leaders? You get a recipe for gourmet cookware, appliances, cutlery and dinnerware that will kick up your kitchen a notch or two. As passionate about cooking as you are, Emeril brings quality and style to every piece he designs."

This is not the case as the knife does not function with superior quality. The blade is dull and is not sharp. It rusted after two weeks. It does not sharpen using its own sharpener. It is lightweight, which gives less control to the user.

Moreover, had I known the knife was not actually a Solingen knife, I would not have purchased it. I later learned that the knife was made in China.

Please be advised that the alleged deceptive acts or practices in violation of the CLRA include, but are not necessarily limited to your actions - - or inactions - - as indicated above and also in representing that the Emeril Santuku Knife has characteristics, uses, and benefits which it does not have and also that it is of a high quality which it is not.

**Based upon the above, demand is hereby made that you refund the $21.44 charge incurred by me for purchase of the Emeril Santuku Knife, as well as to all others who similarly purchased a Emeril Santuku Knife, either on HSN or other retail outlet.**

Please be advised that your failure to comply with this request within thirty (30) days may subject you to the following remedies, which are available for a violation of the Consumer Legal Remedies Act.

(1) The actual damages suffered by me;

(2) The actual damages suffered by other consumers similarly situated, including others who purchased an Emeril Santuku Knife and/or other potential class members;

(3) An order enjoining you for such methods, act or practices;

(4) Punitive Damages;

(5) Any other relief which the court deems proper; and

(6) Court costs and attorneys' fees for myself and all other consumers, users of your services and/or potential class members.

This letter will constitute FURTHER NOTICE that the actions as set forth above also constitute violations of California's Business and Professions Code

Sections 17200 and 17500 (Unfair Business Practices and False Advertising) as unfair business acts and practices.

I look forward to receiving my refund. Thank you for your time and consideration in this matter.

Sincerely,

ALLEN MOSHIRI



Martha Stewart
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
WILMINGTON, DE 19801

<u>**NOTICE OF VIOLATION OF**</u>
<u>**CONSUMER LEGAL REMEDIES ACT ("CLRA")**</u>

<u>**VIA CERTIFIED MAIL**</u>

<u>**Return Receipt Requested**</u>

ALLEN MOSHIRI
1070 Stradella Road
Los Angeles, CA 90077
Phone: (310) 699-7957

December 6, 2012

Martha Stewart Living Omnimedia, Inc.
20 West 43rd Street
New York, NY 10036-7400

RE:   **Purchase of Emeril "Santuku" Knife**

   **Violation of Consumer Legal Remedies Act**

Dear Martha Stewart Living Omnimedia, Inc.:

   **PLEASE TAKE NOTICE** that this letter constitutes notice under the California Consumer Legal Remedies Act, ("CLRA") California Civil Code Section 1750, <u>et seq.</u>, (the "ACT") -- pursuant specifically to Civil Code Section 1782 -- notifying you of violations of the Act and of my demand that you remedy such violation within 30 days from your receipt of this letter.

   On or about July 8, 2012, I purchased a 5-inch Santuku Knife with a knife sharpener under the brand name Emeril Santuku Knife from the Home Shopping Network. I purchased the knife after learning it was (supposedly) a Solingen knife, which is known for its high quality and durability.

   After receiving the knife in the mail, I used it for a short while and found it to be very poor quality. Furthermore, it did not function as marketed and/or otherwise advertised under the "Emeril" label or brand. In fact, the bottom of my email receipt (attached to this letter) stated as follows with regard to the intended quality of both the knife and the Emeril label:

"What do you get when you combine the spice of legendary chef Emeril Lagasse with the expertise of culinary industry leaders? You get a recipe for gourmet cookware, appliances, cutlery and dinnerware that will kick up your kitchen a notch or two. As passionate about cooking as you are, Emeril brings quality and style to every piece he designs."

This is not the case as the knife does not function with superior quality. The blade is dull and is not sharp. It rusted after two weeks. It does not sharpen using its own sharpener. It is lightweight, which gives less control to the user.

Moreover, had I known the knife was not actually a Solingen knife, I would not have purchased it. I later learned that the knife was made in China.

Please be advised that the alleged deceptive acts or practices in violation of the CLRA include, but are not necessarily limited to your actions - - or inactions - - as indicated above and also in representing that the Emeril Santuku Knife has characteristics, uses, and benefits which it does not have and also that it is of a high quality which it is not.

**Based upon the above, demand is hereby made that you refund the $21.44 charge incurred by me for purchase of the Emeril Santuku Knife, as well as to all others who similarly purchased a Emeril Santuku Knife, either on HSN or other retail outlet.**

Please be advised that your failure to comply with this request within thirty (30) days may subject you to the following remedies, which are available for a violation of the Consumer Legal Remedies Act.

(1) The actual damages suffered by me;

(2) The actual damages suffered by other consumers similarly situated, including others who purchased an Emeril Santuku Knife and/or other potential class members;

(3) An order enjoining you for such methods, act or practices;

(4) Punitive Damages;

(5) Any other relief which the court deems proper; and

(6) Court costs and attorneys' fees for myself and all other consumers, users of your services and/or potential class members.

This letter will constitute FURTHER NOTICE that the actions as set forth above also constitute violations of California's Business and Professions Code

Sections 17200 and 17500 (Unfair Business Practices and False Advertising) as unfair business acts and practices.

I look forward to receiving my refund. Thank you for your time and consideration in this matter.

Sincerely,

ALLEN MOSHIRI



...na Stewart Living Omnimedia, Inc.
CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
WILMINGTON, DE 19801

7012 0470 0000 3101 8677

## NOTICE OF VIOLATION OF
## CONSUMER LEGAL REMEDIES ACT ("CLRA")

### VIA CERTIFIED MAIL

### Return Receipt Requested

ALLEN MOSHIRI
1070 Stradella Road
Los Angeles, CA  90077
Phone:  (310) 699-7957

December 6, 2012

Emeril Lagasse
829 St. Charles Ave.
New Orleans, Louisiana 7013

RE:   **Purchase of Emeril "Santuku" Knife**

       **Violation of Consumer Legal Remedies Act**

Dear Mr. Lagasse:

     **PLEASE TAKE NOTICE** that this letter constitutes notice under the California Consumer Legal Remedies Act, ("CLRA") California Civil Code Section 1750, et seq., (the "ACT") -- pursuant specifically to Civil Code Section 1782 -- notifying you of violations of the Act and of my demand that you remedy such violation within 30 days from your receipt of this letter.

     On or about July 8, 2012, I purchased a 5-inch Santuku Knife with a knife sharpener under the brand name Emeril Santuku Knife from the Home Shopping Network.  I purchased the knife after learning it was (supposedly) a Solingen knife, which is known for its high quality and durability.

     After receiving the knife in the mail, I used it for a short while and found it to be very poor quality.  Furthermore, it did not function as marketed and/or otherwise advertised under the "Emeril" label or brand.  In fact, the bottom of my email receipt (attached to this letter) stated as follows with regard to the intended quality of both the knife and the Emeril label:

"What do you get when you combine the spice of legendary chef Emeril Lagasse with the expertise of culinary industry leaders? You get a recipe for gourmet cookware, appliances, cutlery and dinnerware that will kick up your kitchen a notch or two. As passionate about cooking as you are, Emeril brings quality and style to every piece he designs."

This is not the case as the knife does not function with superior quality. The blade is dull and is not sharp. It rusted after two weeks. It does not sharpen using its own sharpener. It is lightweight, which gives less control to the user.

Moreover, had I known the knife was not actually a Solingen knife, I would not have purchased it. I later learned that the knife was made in China.

Please be advised that the alleged deceptive acts or practices in violation of the CLRA include, but are not necessarily limited to your actions - - or inactions - - as indicated above and also in representing that the Emeril Santuku Knife has characteristics, uses, and benefits which it does not have and also that it is of a high quality which it is not.

Based upon the above, demand is hereby made that you refund the $21.44 charge incurred by me for purchase of the Emeril Santuku Knife, as well as to all others who similarly purchased a Emeril Santuku Knife, either on HSN or other retail outlet.

Please be advised that your failure to comply with this request within thirty (30) days may subject you to the following remedies, which are available for a violation of the Consumer Legal Remedies Act.

(1) The actual damages suffered by me;

(2) The actual damages suffered by other consumers similarly situated, including others who purchased an Emeril Santuku Knife and/or other potential class members;

(3) An order enjoining you for such methods, act or practices;

(4) Punitive Damages;

(5) Any other relief which the court deems proper; and

(6) Court costs and attorneys' fees for myself and all other consumers, users of your services and/or potential class members.

This letter will constitute FURTHER NOTICE that the actions as set forth above also constitute violations of California's Business and Professions Code

Sections 17200 and 17500 (Unfair Business Practices and False Advertising) as unfair business acts and practices.

I look forward to receiving my refund. Thank you for your time and consideration in this matter.

Sincerely,

ALLEN MOSHIRI



Exhibit C
To First Amended Complaint

1    I, Allen Moshiri, hereby declare as follows:

2    1.    I am the plaintiff is this action, and I am a citizen and resident of

3  California.  If called as a witness, I would and could competently testify as to

4  within facts.

5    2.    The complaint in this action, filed concurrently herewith, is filed in a

6  proper place for trial under Cal. Civil Code Section 1780(d) in that San Francisco

7  County is a county in which Defendants are doing business and/or in which a

8  substantial part of the transactions at issue occurred.

9    I declare under penalty of perjury under the laws of the State of California

10  that the foregoing is true and correct.

11

12  Dated:  February 28, 2014

13                              Allen Moshiri

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION RE VENUE



Exhibit D

To First Amended Complaint

or

[f Log In]

FREE SHIPPING ON ALL SHOES...IT'S ON!    Exclusions clearance

HSN Shopping
Kitchen & Food
Emeril
Cutlery
Santoku Knives

PROMOTIONAL OFFERS

Buy More & Save! Pay the highest shipping on one Kitchen item, and get 50% off shipping on additional Kitchen items you buy today.

**Emeril Manual Knife Sharpener with 5" Santoku Knife** Item: 152-241
HSN Price: $19.99

Retail Value: $35.69

Shipping & Handling: $4.95

★★★★★ 4.6
( 192 Reviews )

Roll on to Zoom

Play Video

View Larger

[Pin it]  Like [ 13 ]  [ 0 ]

Select Color:

Select Qty:
1

☐ This is a gift   details

Buy This Now
Add To Wish List

**CUSTOMER REVIEWS**        Write a Review

Emeril Manual Knife Sharpener with 5" Santoku Knife Reviews

★★★★★
Average Customer Rating:
4.6

Sort reviews by:
Date - Newest First

Misled information on video... dab21222, FL
★★★☆☆ 5/21/2012
I'm disappointed in the video when Emeril stated that the Santoku knife was made in Germany. This is the main reason I made the purchase. Come to find out it is made in China. That is terrible when a top chef lies to you on tv. Wish I would have known. Emeril cannot be trusted with what he advertises.

2 of 4 found this review helpful!
Was this review helpful to you?  Yes |  No

Report if Inappropriate

Share this review:

amazing... tito2daddy, GA ★★★★★ 5/19/2012
This knife does exactly what Emeril said it would do! I just love it!

2 of 2 found this review helpful!
Was this review helpful to you?  Yes |  No

Report If Inappropriate

Share this review:

Excellent Choice... ATricia644, MO ★★★★★
5/18/2012

**Description**

**Emeril Manual Knife Sharpener with 5" Santoku Knife**
Slice through salmon and squash with ease. This sharpener keeps your cutlery in prime cutting condition so you never have to worry about dull blades. It features a suction pad that holds it securely in place on your countertop. You also get a beautiful and versatile santoku knife that'll have you mincing, chopping and chiffonading with style.

**What You Get**

Emeril Manual Knife Sharpener with 5" Santoku Knife Features

**Specs**

**Use & Care**

**Notes**
For warranty information, please call HSN.com Customer Service at 800.933.2887 (8 am-1 am ET).

**ABOUT EMERIL LAGASSE**

See All Emeril ▶
More Choices

Emeril by T-Fal® Nonstick Individual Pie and Cake Maker
HSN Price: $49.90

Emeril XL 1700-Watt Electric Grill by T-fal®
HSN Price: $199.90

Emeril 3-piece German Steel Forged Knife Set with Bamboo Cutting Board
HSN Price: $49.99

Top Chef 7 inch Santoku Knife
HSN Price: $24.90

Choice to try was based on suction. Works well, &
the sharpener is excellent. Even sharpened
husband's coupon cutter. Knife fits in with formerly
purchased block of Emeril knives. Good size for
smaller uses in chopping or cutting sandwiches.
Sharpener size works well in smaller kitchen.

2 of 2 found this review helpful
Was this review helpful to you?  Yes | No

Report if inappropriate

Share this review:

What do you get when you combine the spice of legendary ct
of culinary industry leaders? You get a recipe for gourmet cod
dinnerware that will kick up your kitchen a notch or two. As pi
Emeril brings quality and style to every piece he designs.

**WHEN TO WATCH**

Get an email alert when Emeril Lagasse products will be on TV.

Enter your email address

**SIGN UP**

See Details | Privacy Policy

ok... lily249, PA  ★★★☆☆  5/18/2012
THE KNIFE IS VERY SHARP AT FIRST, BUT IT
DOES NOT STAY SHARP FOR VERY LONG.
GLAD IT CAME WITH THE KNIFE SHARPENER.

2 of 3 found this review helpful
Was this review helpful to you?  Yes | No

Report if inappropriate

Share this review:

ouch... warmwind, AL  ★★★★☆  5/18/2012
cut myself with knife,odd shape good knife

1 of 1 found this review helpful
Was this review helpful to you?  Yes | No

Report if inappropriate

Share this review:

< Previous 1 ... 14 15 16 ... 39 Next >

**CUSTOMERS WHO VIEWED THIS ITEM BOUGHT...**



Wolfgang Puck Bistro Elite Stockpot
with Lid

Price: $39.90

12% bought this item



Wolfgang Puck Chef's Series 8pc
Steel Cutlery Set with Block

HSN Price: $39.90

12% bought this item



Wolfgang Puck Bistro Elite Stainless
Steel Food Mill

HSN Price: $39.90

Event Price: $29.95

12% bought this item



Emeril 8-piece German Steel Knife Set
with Block

HSN Price: $69.99

12% bought this item

**RECENTLY VIEWED ITEMS**

1
2
Next
>



Emeril Manual Knife Sharpener with 5"
Santoku Knife

HSN Price: $19.99



Emeril 3-piece German Steel Forged Knife Set
with Bamboo Cutting Board

HSN Price: $49.99



Emeril 8-piece German Steel Knife Set with
Block

HSN Price: $69.99



Emerilware™ Hard Anodized 13-piece Cook
Set

HSN Price: $269.99

EMAIL ADDRESS





Connect & share with forums, blogs & more

   

• Questions about the item on air now? Ask HSN
• Order toll-free anytime by phone: 1-800-284-5757

**Shop with HSN**
HSN Top Brands
HSN Gift Cards
Most Popular Searches
Site Map
HSN Ratings and Reviews
Product Voting

**HSN Policies**
Return Policies
Privacy Policy
Security Policy
Community Guidelines
Conditions of Use

**HSN Help**
Contact HSN
HSN Shop by Remote
Channel Finder
FAQs
Give us your feedback
Product Recall Info

**About HSN**
Company Overview
Show Hosts
Careers at HSN
HSN Affiliate program
HSN Partner program

**HSN Credit Cards**
Cardholder Offers
Pay Your Bill
Apply Now
MyCardExtras



    

Copyright © 2012 HSN, Inc. All Rights Reserved. HSN and HSN.com are registered trademarks of HSN, LLC. U.S. Patent No. 7,752,083. U.S. Patent No. 7,756,758.
Partner Sites: Expedia | Floraflora | Gifts | Hotels | Hotwire | Pronto | Shoebuy | Ticketmaster
Other HSNI Sites: Ballard Designs | Frontgate | Garnet Hill | Grandin Road | Chasing Fireflies | Improvements | Territory Ahead | TravelSmith



or

**f** Log In

**$1.99 SHIPPING** On hundreds of clearance favorites under $20!

HSN Shopping
Kitchen & Food
Emeril
Cutlery
Knife Sets

**You might like these "Knife Sets"**

**Related Searches**

› shop Knife Sets
› shop Cutlery
› shop Emeril
› shop All Kitchen & Food

Bon Appétit 3-piece Steel
Cutlery Set in Bamboo Box
**HSN Price: $49.95**

Emeril 4-piece Knife Set with 5-
piece Cutting Board and Mat
Set
**HSN Price: $49.99**

Kitchen Logic 7-piece Ceramic
Knife Set
**HSN Price: $49.90**
**Sale Price: $34.95**

**WHY SHOP HSN?**

For exclusive products
and brands, flexible
payment options and
new daily values too
good to miss, there's
no place like HSN

---

**SOLD OUT** Item is currently out of stock

see more results for "Knife Sets" ►



Roll on to Zoom

Play Video

View Larger

### Emeril 8-piece German Steel Knife Set with Block Item: 106-301

**HSN Price: $69.99**
or 2 payments of $34.99
Shipping & Handling: $10.95

★★★★☆
4.0
( 90 Reviews )

Pin it   Like 1   0

---

**Description**

**Emeril 8-piece German Steel Knife Set with Block**
Stop settling for second-rate knives and kick your kitchen cutlery up a notch. This set features 8 versatile knives and a set of kitchen shears that can tackle almost any cutting job a home chef can serve up. They come in a handsome block with each knife's slot clearly labeled, so there's no confusion when returning them after use.

**What You Get**

**Emeril 8-piece German Steel Knife Set with Block Features**

**CUSTOMER REVIEWS**    Write a Review

Emeril 8-piece German Steel Knife Set with Block
Reviews

★★★★☆
Average Customer Rating:
4.0

Sort reviews by:
Date - Newest First

**Arrived damaged...** Sally2010, KS ★★☆☆☆
5/30/2011
Arrived damaged and with one knife missing.
Disappointed with quality of knives so would have
returned. Made in china with German steel but
very heavy ...Looking for fine German or American
steel knives and will ing to pay more. Dont really
need block as I like to keep in drawer. Customer
service, as always, is being VERY HELPful with

**Specs**

**Use & Care**

**Notes**
For warranty information, please call HSN.com Customer Service at 800.933.2887 (8 am-1
am ET).

return.

Was this review helpful to you? Yes | No

Report if inappropriate

Share this review:

**ABOUT EMERIL LAGASSE**



**Go Emeril... muzzie38, NV ★★★★☆ 5/27/2011**

All the knives are very sharp. The smallest knife is for a right-handed person, and I am left-handed. The block is attractive. Glad that I got the set.

Was this review helpful to you? Yes | No

Report if inappropriate

Share this review:

What do you get when you combine the spice of legendary c[...] of culinary industry leaders? You get a recipe for gourmet co[...] dinnerware that will kick up your kitchen a notch or two. As p[...] Emeril brings quality and style to every piece he designs.

**WHEN TO WATCH**

**Disappointed... AngelEyes49, UT ★★☆☆☆ 5/26/2011**

The handles were plastic which I could not tell from the show in which I purchased the Emeril Cutlery with the block. The metal may be German made but assembled in China. The show keyed in on the word "German made" constantly and I thought "wow" what a deal now I see why.....plastic handles and assembled in China. I sent the cutlery to my daughter for a starter set. Sorry Emeril.

Was this review helpful to you? Yes | No

Report if inappropriate

Get an email alert when Emeril Lagasse products will be on TV.

Enter your email address

**SIGN UP**

See Details | Privacy Policy

Share this review:

**Great Knifes!!!!... Gela554, MO ★★★★★ 5/26/2011**

I realy like the knifes they feel good in my hands and they cut exellent. I think that is the most important thing about knifes. They stamp then with China on one side and Solingen Germany on the other, if it is so a big deal for most people hsn should adress it and not mislead people.

Was this review helpful to you? Yes | No

Report if inappropriate

Share this review:

**So-so knife set... Quietmann, PA ★★☆☆☆ 5/25/2011**

The knives could have been sharper out of the box. What bothers me is, They are touted to be German steel....yet they are made in China. It is common knowledge that China has more steel making abality than germany and the USA combined. It sounds like HSN sold us a bill of goods.

1 of 1 found this review helpful!

Was this review helpful to you? Yes | No

Report if inappropriate

Share this review:

< Previous 1 ... 5 6 7 ... 12 Next >

RECENTLY VIEWED ITEMS

EMAIL ADDRESS


 

Connect & share with forums, blogs & more        • Questions about the item on air now? Ask HSN
• Order toll-free anytime by phone. 1-800-284-5757

| Shop with HSN | HSN Policies | HSN Help | About HSN | HSN Credit Cards |
| --- | --- | --- | --- | --- |
| HSN Top Brands | Return Policies | Contact HSN | Company Overview | Cardholder Offers |
| HSN Gift Cards | Privacy Policy | HSN Shop by Remote | Show Hosts | Pay Your Bill |
| Most Popular Searches | Security Policy | Channel Finder | Careers at HSN | Apply Now |
| Site Map | Community Guidelines | FAQs | HSN Affiliate program | MyCardExtras |
| HSN Ratings and Reviews | Conditions of Use | Give us your feedback | HSN Partner program | |
| Product Voting | IP Closed Captioning | Product Recall Info | | |



     

Copyright © 2012 HSN, Inc. All Rights Reserved. HSN and HSN.com are registered trademarks of HSNi, LLC, U.S. Patent No. 7,752,085. U.S. Patent No. 7,756,758
Partner Sites: Expedia | Flixation | Gifts | Hotels | Hotwire | Pronto | Shoebuy | Ticketmaster
Other HSNi Sites: Ballard Designs | Frontgate | Garnet Hill | Grandin Road | Chasing Fireflies | Improvements | TravelSmith



or

**f Log In**

**FREE SHIPPING** ON ALL SHOES...IT'S ON!   ▶   Excludes clearance

HSN Shopping
Kitchen & Food
Emeril
Cutlery
Knife Sets

**PROMOTIONAL OFFERS**

**Buy More & Save!** Pay the highest shipping on one Kitchen item, and get **50% off shipping** on additional Kitchen items you buy today.

**Emeril 8-piece German Steel Knife Set with Block** Item: 150-551

**HSN Price: $69.99**

Retail Value: $173.92

Shipping & Handling: $8.95

★★★★★ 4.4
( 142 Reviews )

Pint | Like ‹ 37 | 0

**Select Color:**

**Select Qty:**
1

☐ This is a gift  details

Roll on to Zoom
Play Video
View Larger

Buy This Now
Add To Wish List

**CUSTOMER REVIEWS**   Write a Review

Emeril 8-piece German Steel Knife Set with Block Reviews

★★★★★
Average Customer Rating:
4.4

Sort reviews by:
Date - Newest First

**Poor Warranty and Quality...** Dakota776, ND
★★★★★ 8/24/2012
My paring knife broke and I called the warranty number. You are asked to leave your name and number and they never get back to you. These are too expensive to be throw-away knives. They look nice in the stainless steel but it would be nice to be able to replace them when they break.

Was this review helpful to you?  Yes | No

Report if Inappropriate

Share this review:

**WHAT?...** DEEDEEGIRL417, OH  ★★★★★
8/18/2012
I think the presentation is beautiful with my stainless steel appliances. I bought my set in March. I don't use them everyday, maybe 1 or 2 times a week. This week the 7 in snapped in two pieces just cutting a chicken breast. I called hsn, they gave me a number to call for warranty info., so we will see.

Was this review helpful to you?  Yes | No

Report if Inappropriate

Share this review:

**Poor Quality...** Tony851, PA ★★★★★

**Description**

**Emeril 8-piece German Steel Knife Set with Block**
Stop settling for second-rate knives and kick your kitchen cutlery up a notch. This set features 6 versatile knives and a set of kitchen shears that can tackle almost any cutting job a home chef can serve up. They come in a handsome block with each knife's slot clearly labeled, so there's no confusion when returning them after use.

**What You Get**

Emeril 8-piece German Steel Knife Set with Block Features

**Specs**

**Use & Care**

**Notes**
For warranty information, please call HSN.com Customer Service at 800.933.2887 (8 am-1 am ET).

**See All Emeril ▶**

More Choices

Emeril by T-fal® 6qt Slow Cooker
HSN Price: $99.90

Emeril by T-fal® 1800-Watt Nonstick Gourmet Grill
HSN Price: $99.90

Emeril 3-piece German Steel Forged Knife Set with Bamboo Cutting Board
HSN Price: $49.99

Emerilware™ by All-Clad 6-piece Nonstick Bakeware Set
HSN Price: $29.99



8/11/2012

Two blades broke within a 6 month period. One blade broke in half while I was cutting a block of cheese. Another blade broke in half when I accidentally dropped it on the kitchen floor.

Was this review helpful to you? Yes | No

Report if Inappropriate

Share this review:

**ABOUT EMERIL LAGASSE**



**WORTH THE MONEY...** paris2, AL ★★★★★
8/8/2012

I BOUGHT THE STAINLESS STEEL. IT IS A NICE SET. THE KNIVES ARE SHARP. I LIKE ONE THE BLOCK WHERE YOU DON'T HAVE TO GUESS WHICH KNIFE GOES WHERE IT HAS IT ON THE BLOCK. CLEANS WELL ALSO. THE ONLY THING WAS WHEN I OPENED THE PACKAGE IT WAS SO DUSTY THAT YOU REALLY HAD TO CLEAN THE BLOCK. BUT ON THE OTHER HAND I LOVE THESE KNIVES.

Was this review helpful to you? Yes | No

Report if Inappropriate

Share this review:

What do you get when you combine the spice of legendary ch of culinary industry leaders? You get a recipe for gourmet coo dinnerware that will kick up your kitchen a notch or two. As pa Emeril brings quality and style to every piece he designs.

**WHEN TO WATCH**

Get an email alert when Emeril Lagasse products will be on TV.

[ Enter your email address ]

**SIGN UP**

See Details | Privacy Policy

**Love them...** Vizoco, FL ★★★★★  8/8/2012

These knives are sharp and look great. Very satisfied with purchase.

Was this review helpful to you? Yes | No

Report if Inappropriate

Share this review:

1 2 3 ... 29 Next >

**CUSTOMERS WHO VIEWED THIS ITEM BOUGHT...**



Wolfgang Puck Bistro Elite Stockpot with Lid

**Price: $39.90**

14% bought this item



Andrew Lessman Healthy Hair, Skin & Nails

**From: $16.90 - $119.90**

14% bought this item



Wolfgang Puck Bistro Elite Stainless Steel Food Mill

**HSN Price: $39.90**

**Event Price: $29.95**

14% bought this item



Emeril 8-piece German Steel Knife Set with Block

**HSN Price: $69.99**

14% bought this item

**RECENTLY VIEWED ITEMS**

1

2

Next

>



Emeril 8-piece German Steel Knife Set with Block

**HSN Price: $69.99**



Emeril Manual Knife Sharpener with 5" Santoku Knife

**HSN Price: $19.99**



Emeril 3-piece German Steel Forged Knife Set with Bamboo Cutting Board

**HSN Price: $49.99**



Emerilware™ Hard Anodized 13-piece Cook Set

**HSN Price: $269.99**

Emeril 8-piece German Steel Knife Set with Block at HSN.com
Case 3:14-cv-01034-SC Document35 Filed 07/18/14 Page 64 of 65
Page 3 of 3



EMAIL ADDRESS

SIGN UP

Connect & share with forums, blogs & more

    

• Questions about the item on air now? Ask HSN
• Order toll-free anytime by phone: 1-800-284-5757

**Shop with HSN**
HSN Top Brands
HSN Gift Cards
Most Popular Searches
Site Map
HSN Ratings and Reviews
Product Voting

**HSN Policies**
Return Policies
Privacy Policy
Security Policy
Community Guidelines
Conditions of Use

**HSN Help**
Contact HSN
HSN Shop by Remote
Channel Finder
FAQs
Give us your feedback
Product Recall Info

**About HSN**
Company Overview
Show Hosts
Careers at HSN
HSN Affiliate program
HSN Partner program

**HSN Credit Cards**
Cardholder Offers
Pay Your Bill
Apply Now
MyCardExtras



     

**Copyright © 2012 HSN, Inc. All Rights Reserved.** HSN and HSN.com are registered trademarks of HSNi, LLC, U.S. Patent No. 7,752,083, U.S. Patent No. 7,756,758
Partner Sites: Expedia | Floraflora | Gifts | Hotels | Hotwire | Pronto | Shoebuy | Ticketmaster
Other HSNi Sites: Ballard Designs | Frontgate | Garnet Hill | Grandin Road | Chasing Fireflies | Improvements | Territory Ahead | TravelSmith

1

## PROOF OF SERVICE

2

I am a resident of Orange County and citizen of the United States. I am

3

over the age of 18 years and not a party to the within action.

4

5

On **July 18, 2014,** I served the foregoing document(s) described as: **FIRST**

6

**AMENDED CLASS ACTION COMPLAINT**, on the interested party(ies) in this

7

action as follows:

8

9

10
| | |
|---|---|
| Daniel Michael Blouin | Jay W. Connolly |
| *dblouin@seyfarth.com* | *jconnolly@seyfarth.com* |
| Kristine Rinella Argentine | **SEYFARTH SHAW LLP** |
| *kargentine@seyfarth.com* | 560 Mission Street, 31st Floor |
| **SEYFARTH SHAW LLP** | San Francisco, California 94105 |
| 131 S. Dearborn , Suite 2400 | |
| Chicago, Illinois 60603 | |

11

12

13

14

__XX__     **(CM/ECF) -** I caused the above document(s) to be transmitted to the

15

office(s) of the addressee(s) listed above by electronic mail at the e-mail

16

address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). A Notice
of Electronic Filing (NEF) is generated automatically by the ECF system
upon completion of an electronic filing.

17

__XX__     **(FEDERAL) -** I declare that I am employed in the office of a member of

18

the bar of this Court at whose discretion the service was made.

19

I declare under penalty of perjury under the laws of the United States and

20

the State of California that the foregoing is true and correct.

21

Executed on **July 18, 2014,** in Newport Beach, California.

22

23

/s/ Denise Isfeld
Denise Isfeld

24

25

26

27

28

---

FIRST AMENDED CLASS ACTION COMPLAINT                    CASE NO.  3:14-CV-01034-VC