1  FARRAH MIRABEL (162933)
   LAW OFFICES OF FARRAH MIRABEL
2  4590 MacArthur Blvd., Suite 280
   Newport Beach, CA 92660
3  Tel.  (949) 752-0707
   Fax  (949) 752-0779
4  fmesq@fmirabel.com

5  J. KIRK DONNELLY (179401)
   LAW OFFICES OF J. KIRK DONNELLY, APC
6  7668 El Camino Real, Suite 104-760
   Carlsbad, CA 92009
7  Tel.  (760) 634-5700
   Fax  (760) 634-5701
8  kdonnelly@jkd-law.com

9  Counsel for Plaintiff Allen Moshiri

10

11                  **UNITED STATES DISTRICT COURT**

12                **NORTHERN DISTRICT OF CALIFORNIA**

13

14
   ALLEN MOSHIRI, individually, and        CASE NO. 3:14-cv-01034-VC
15 on behalf of all others similarly
   situated,
16                                          **STIPULATION TO DISMISS HSNi,**
          Plaintiffs,                       **LLC, WITH PREJUDICE AND**
17                                          **(PROPOSED) ORDER**
   vs.  HSNi, LLC, a Delaware Limited
18 Liability Company, dba Home
   Shopping Network, MARTHA
19 STEWART LIVING OMNIMEDIA,
   INC., a Delaware Corporation,
20 EMERIL'S HOMEBASE, LLC, a
   Louisiana Limited Liability Company,
21 EMERILS.COM, LLC, a Louisiana
   Limited Liability Company, and DOES
22 1 through 20, inclusive,

23        Defendants.

24

25

26

27

28

---

STIPULATED DISMISSAL OF HSNi, LLC WITH PREJUDICE        CASE NO. 3:14-CV-01034-VC

STIPULATED DISMISSAL OF HSNi, LLC WITH PREJUDICE        CASE NO. 3:14-CV-01034-VC

1   Pursuant to Fed. R. Civ. P. 41(a)(1), the Parties, through their undersigned
2   counsel of record, hereby stipulate to dismiss Defendant HSNi, LLC (hereinafter
3   "HSN") with prejudice from this action.  The parties declare in support of this request as
4   follows:
5   WHEREAS, Plaintiff ALLEN MOSHIRI ("Plaintiff") filed the Class Action Complaint
6   on March 5, 2014;
7   WHEREAS, on May 6, 2014, Defendant HSN filed its Motion to Dismiss;
8   WHEREAS, on May 20, 2014, Plaintiff timely filed his opposition briefs to
9   Defendant HSN's Motion to Dismiss;
10   WHEREAS, on May 27, 2014, Defendant HSN timely filed its respective reply
11   papers to Plaintiff's opposition to Defendant's Motion to Dismiss;
12   WHEREAS, the Court granted Defendant's Motion to Dismiss with leave to
13   amend on June 20, 2014;
14   WHEREAS, Plaintiff ALLEN MOSHIRI ("Plaintiff") filed the First Amended Class
15   Action Complaint on July 18, 2014;
16   WHEREAS, wishing to settle all of Plaintiff's claims and disputes against HSN,
17   Plaintiff and HSN have reached a good faith settlement, the terms of which are governed
18   by an executed Settlement Agreement and Release dated December 28, 2014
19   ("Settlement Agreement");
20   WHEREAS, pursuant to the Settlement Agreement between Plaintiff and HSN, in
21   exchange for adequate consideration, Plaintiff agrees to voluntarily dismiss HSN with
22   prejudice from this action;
23   WHEREAS, in executing the Settlement Agreement, HSN expressly denies any
24   liability for the claims alleged against it in this action;
25   WHEREAS, a class has not been certified in this action as of the date of this
26   Stipulation, and therefore court approval under Fed. R. Civ. P. 23(e) is not required;
27   NOW, THEREFORE, pursuant to Fed. R. Civ. P. 41(a)(1), the Parties through
28   their respective attorneys stipulate as follows:

2

1     1.     Pursuant to a settlement reached by and between Plaintiff and HSN, the

2    terms of which are governed by the Settlement Agreement, HSN is dismissed with

3    prejudice from this action.

4    ///

5    ///

6    ///

7    ///

8    ///

9    ///

10    ///

11    ///

12    ///

13    ///

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28

STIPULATED DISMISSAL OF HSNI, LLC WITH PREJUDICE       CASE NO. 3:14-CV-01034-VC

1

2     **IT IS SO STIPULATED.**

3

4     Dated:  January 8, 2015          **SEYFARTH SHAW, LLP**

5

6                                      By: s/   Daniel M. Blouin
                                       Jay W. Connolly
7                                      Daniel M. Blouin
                                       Kristine Rinella Argentine
8                                      Attorneys for Defendant HSNi, LLC

9

10    Dated:  January 8, 2015          **LAW OFFICES OF FARRAH MIRABEL**
                                       By:  s/ Farrah Mirabel
11                                            Farrah Mirabel

12    Dated:  January 8, 2015          **LAW OFFICES OF J. KIRK DONNELLY**

13                                     By:    s/ J. Kirk Donnelly
14                                           J. Kirk Donnelly

15                                     Attorneys for Plaintiff ALLEN MOSHIRI,
                                       individually and on behalf of all others similarly
16                                     situated

17

18

19

20

21

22

23

24

25

26

27

28

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION PER LOCAL CIVIL RULE 5-1(I)(3)

I am a signatory to this document and am the person whose ECF and ID and passwords are being utilized in its electronic filing with the Court. I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 8th day of January, 2015 at Newport Beach, California.

By:  __s/ Farrah Mirabel__
Farrah Mirabel
Attorney for Plaintiff

5

1
2                        [PROPOSED] ORDER
3      PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, THE
4  COURT ORDERS AS FOLLOWS:
5          Pursuant to a good faith settlement entered into by Plaintiff Allen Moshiri
6  ("Plaintiff") and Defendant HSNi, LLC ("HSN"), which settlement is memorialized in a
7  Settlement Agreement and Release executed by Plaintiff and HSN on December 28,
8  2014, and the Parties Stipulation To Dismiss HSN With Prejudice from this action, HSN
9  is hereby dismissed with prejudice from this action.
10         IT IS SO ORDERED.
11
12
13  DATED: Janaury 12, 2015  _____
14                           Hon. Vince Chhabria
15                           United States District Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

                                   1